UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re *Ex Parte* Application of Kevin Hellard and Jonathan Thielmann, Joint Trustees in Bankruptcy of Anatoly Leonidovich Motylev, pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding,<br><br>      Petitioner. | Misc. Case No. M- 21-mc-864 |

**ORDER APPROVING APPLICATION OF KEVIN HELLARD AND JONATHAN THIELMANN, JOINT TRUSTEES IN BANKRUPTCY OF ANATOLY LEONIDOVICH MOTYLEV, PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING**

  This case comes before the Court on the *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for use in a Foreign Proceeding (the "Application"), filed by Kevin Hellard and Jonathan Thielmann, Joint Trustees in Bankruptcy of Anatoly Leonidovich Motylev. This Court, having reviewed the Application, the Memorandum of Law in Support thereof, the Declaration of Kevin Hellard, and the proposed subpoenas, finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied; and (2) the factors identified by the Supreme Court of the United States in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting Petitioner's Application.

  It is therefore ORDERED that Petitioner is granted leave to serve the subpoenas attached as Exhibits "A-H" to the Application on Bank of America N.A., Citigroup Inc. d/b/a Citibank, JPMorgan Chase Bank., HSBC Bank, Standard Chartered Bank, Bank of New York Mellon Corporation, Commerzbank AG, and Deutsche Bank Trust Company Americas.

IT IS SO ORDERED.

Dated: _____, 2021

                     _____
                     United States District Judge