# EXHIBIT 6

Affidavit<br>
Defendant<br>
A Motylev<br>
First<br>
"AM1-2"<br>
5 January 2016

**IN THE HIGH COURT OF JUSTICE**
**QUEEN'S BENCH DIVISION**
**COMMERCIAL COURT**

**Claim No. CL–2015–000–889**

**IN THE MATTER OF THE ARBITRATION**
**ACT 1996**
**AND IN THE MATTER OF AN**
**ARBITRATION CLAIM**


**BETWEEN**

**MEGAINVEST OVERSEAS LTD**

**Claimant**

**and**

**MR ANATOLY MOTYLEV**

**Defendant**

---

### FIRST AFFIDAVIT OF ANATOLY MOTYLEV

---

I, **ANATOLY MOTYLEV**, of 63 Victoria Road, London W8 5RH, **MAKE OATH and SAY** as follows:-

1      I am the Defendant in these proceedings.  Save as otherwise appears, I depose to the truth of the matters set out in this affidavit from my own knowledge.

2      Whilst Russian is my first language I have a good understanding of English and am able to make this affidavit in English.

3      I make this affidavit on my own behalf and in compliance with the provisions of paragraph 8(2) of the order of Mr Justice Cooke dated 21 December 2015 ("the Order").  I do so without prejudice to my rights to apply to discharge or vary the Order.

4      In compliance with paragraph 8(1) of the Order, by a letter dated 23 December 2015 from my solicitors, Stephenson Harwood LLP ("SH"), I provided to the Claimants' solicitors, Hogan Lovells International LLP ("HL") to the best of my ability written answers to the questions set out in Schedule D to the Order.  A copy of that letter

and the schedule attached to it ("the Letter") is now produced and shown to me marked "AM1". In compliance with paragraph 8(2)(i) of the Order I confirm the information provided in that Letter. As stated in the Letter, I provided the answers contained in the Letter to the best of my ability on the basis of the information I had been able to obtain. I have not yet been able to ascertain further information in relation to paragraphs 10 and 11 to the schedule to the Letter but I will endeavour to do so.

5       In compliance with paragraph 8(2)(ii) of the Order I provide to the best of my ability answers to the questions set out in Schedule E to the Order in the schedules which are now produced and shown to me marked "AM2". I provide these answers to the best of my ability but note that it has been difficult to obtain information during the period between 8.30 pm on 21 December 2015 (when the Order was handed to me) and the date of this affidavit, 5 January 2016.

Land and real property

6       Schedule E to the Order in relation to land and real property requires me to list any land and real property in which I have "*any interest*". This is the only category of assets in relation to which the word "*interest*" is not preceded by the word "*beneficial*", but I assume that this is an oversight. SH have attempted to clarify with HL as to whether this assumption is correct, but the response received has not helped to clarify the position and I therefore proceed on the above basis. At pages 1 – 2 of AM2 is a schedule of land and real property in which I have **beneficial interest** ("the Land and Real Property Schedule"). It sets out the address or location (I do not know any registered title numbers), an estimate of its market value to the best of my belief together with the amount of any outstanding mortgage.

7       At page 3 of AM2 is a schedule of the residential property that I or my spouse have occupied for more than four weeks in the preceding 12 months, which has not been listed under the Land and Real Property Schedule ("the Temporary Residential Property Schedule").

Listed securities

8       I do not hold any listed or publicly tradeable securities having a value of £10,000 or more.

Unlisted Shares

9       At pages 4 – 61 is a schedule of the shares in any company in which I have a beneficial interest ("the Unlisted Shares Schedule"). For the reasons explained below, this schedule also includes companies in which my interest was merely nominal. As can be seen, it states the name of the company, the jurisdiction in

which it is incorporated, the address of its registered office or principal place of business, and its company registration number. It also states how many shares I have an interest in, in each instance. I have also identified to the best of my ability subsidiaries of these companies. None of the shares are bearer shares. The majority of these companies are now redundant as they no longer hold any assets or have any role. In the interests of transparency, I have disclosed details of the companies in which I stood or was recorded as having been the beneficial owner. However, in many cases, my interests were only nominal - some of the companies listed in the Unlisted Shares Schedule were beneficially owned by me, though the assets which they hold or held from time to time were not always also beneficially owned by me. Some of the companies were not even beneficially owned by me but were merely nominally held by me and similarly their assets were not beneficially owned by me. I am not presently able to clarify with certainty in respect of all the companies whether it was beneficially owned by me or not.

10     The Unlisted Shares Schedule does not include any shares where my interest, whether beneficial or merely nominal, in the company is less than 5 per cent of the issued shares in any class and I am neither a director nor officer of the company.

Debts

11     At pages 62 – 63 is a schedule of any debts that are due to me from third parties that have not been previously listed. As can be seen, it states the name of the debtor, its address, the amount of the debt and the date upon which it falls due for payment.

12     The Debts Schedule does not include any debt where the amount is less than £50,000, or in respect of which no payment is due within the next 12 months.

Personal property, vessels or aircraft

13     At page 64 is a schedule of moveable personal property and in particular any cars, jewellery, paintings or other valuables in which I have any beneficial interest ("the Personal Property Schedule"). It gives a brief description of the property in question, where it is kept and the estimated market value in each instance.

14     The Personal Property Schedule does not include any item of personal property which I reasonably believe to have a value of less than £50,000.

15     I do not have any beneficial interest in any vessels or aircraft. I previously had an interest in two yachts, M/Y "Waverunner" and M/Y "Solemar" but these were disposed of prior to the Order.

<u>Other assets</u>

16      At pages 65 – 66 is a schedule of any asset that is subject to the Order of which I am
        aware and which does not fall under one of the foregoing categories listed above
        ("the Other Assets Schedule"). As can be seen, it gives a brief description of the
        property in question and states where it is kept and its estimated market value.

17      The Other Assets Schedule does not include any asset which I reasonably believe to
        have an individual value of less than £50,000.

<u>Ongoing enquiries</u>

18      I am trying to ascertain whether there are any brokerage accounts in the name of
        Raginta Investments Limited, Signfays Solutions Limited and/or possibly other
        corporate entities as referred to at paragraph 10 of the schedule to the Letter,
        whether there are any small balances with brokerage accounts in the names of
        corporate entities with Sucden Financial Limited and possibly other brokers as
        referred to at paragraph 11 of the Letter. I am also trying to ascertain further details
        of the debts referred to at paragraphs 1 and 2 of the Debts Schedule. I do not know
        if or when I will be able to obtain all or any of this information.

Sworn at                                    )
30 Finsbury Circus                          )
London EC2M 7DT                             )
This 5th day of January 2016     )

Before me

          (CLAIRE WITHEY)

A Solicitor

Devonshires
Solicitors LLP
30 Finsbury Circus
London EC2M 7DT

Affidavit
Defendant
A Motylev
First
"AM1-2"
5 January 2016

Claim No. CL – 2015–000–889

**IN THE HIGH COURT OF JUSTICE**
**QUEEN'S BENCH DIVISION**
**COMMERCIAL COURT**

**IN THE MATTER OF THE ARBITRATION**
**ACT 1996**
**AND IN THE MATTER OF AN**
**ARBITRATION CLAIM**

**BETWEEN**

**MEGAINVEST OVERSEAS LTD**

**Claimant**

**and**

**MR ANATOLY MOTYLEV**

**Defendant**

---

**FIRST AFFIDAVIT OF ANATOLY MOTYLEV**

---

**Stephenson Harwood LLP**
**1 Finsbury Circus,**
**London**
**EC2M 7SH**

**Tel:    +44 20 7809 2252**
**Fax:    +44 20 7003 8374**
**Ref:    1214\01-54-01718**
**Solicitors for the Defendant**



Affidavit<br>
Defendant<br>
A Motylev<br>
First<br>
"AM1-2"<br>
5 January 2016

**IN THE HIGH COURT OF JUSTICE**
**QUEEN'S BENCH DIVISION**
**COMMERCIAL COURT**

**Claim No. CL–2015–000–889**

**IN THE MATTER OF THE ARBITRATION**
**ACT 1996**
**AND IN THE MATTER OF AN**
**ARBITRATION CLAIM**

**BETWEEN**

**MEGAINVEST OVERSEAS LTD**

**Claimant**

**and**

**MR ANATOLY MOTYLEV**

**Defendant**

This is the exhibit marked "AM1" referred to in the First Affidavit of Anatoly Motylev sworn this 5th day of January 2015 before me

*Cumby* (CLAIRE WITHEY)

Devonshires
Solicitors LLP
30 Finsbury Circus
London EC2M 7DT

A Solicitor

Stephenson Harwood LLP
1 Finsbury Circus, London EC2M 7SH
T: +44 20 7329 4422   F: +44 20 7329 7100
DX 61 Chancery Lane   www.shlegal.com



Hogan Lovells LLP
Atlantic House
Holborn Viaduct
London
EC1A 2FG

Attn:  Alex Sciannaca/Edward Hickman

E: alan.bercow@shlegal.com
T: +44 20 7809 2242
F: +44 20 7003 8344
Our ref: 1214\01-54-01718
Your ref: D1/ACS/EPH/5292164

23 December 2015

**BY EMAIL AND BY POST**

Dear Sirs

**Megainvest Overseas Ltd v Mr Anatoly Motylev – Claim No CL-2015-000-88**

We write further to our letter dated 22 December 2015, your email of the same date and your letter of today's date.

We refer to paragraph 8(1) of the order of Mr Justice Cooke dated 21 December 2015 ("the Order")

In compliance with that provision, we set out at the schedule to this letter written answers to the questions set out in Schedule D to the Order.

Mr Motylev provides these answers to the best of his ability on the basis of the information he has so far been able to obtain in the very short space of time which he has been allowed.

Mr Motylev provides this information in accordance with the terms of the Order and trusts that it will be received and handled in accordance with the terms of the Order.  In particular, we draw your clients' attention to paragraph (9) of Schedule B to the Order which provides as follows:

> *"(9)      The Applicant will not without the permission of the court use any information obtained as a result of this order for the purpose of any civil or criminal proceedings, either in England and Wales or in any other jurisdiction, other than this claim."*

And to CPR 31.22 which provides as follows:

> *"31.22   (1) A party to whom a document has been disclosed may use the document only for the purpose of the proceedings in which it is disclosed ..."*

LOHLIVE\23351003.3

Offices
Associated offices

1

18

**STEPHENSON HARWOOD**

We trust that your clients have been fully advised of their obligations under the Order and the CPR generally.  They should not without permission of the Court use the disclosure provided by the Defendants or any of it for any purpose other than these proceedings.

All of Mr Motylev's rights in relation to the Order and each of its provisions are fully reserved.

We should be grateful if you would acknowledge receipt.

Yours faithfully

**Stephenson Harwood LLP**

LONLIVE\23551883.3

2

**STEPHENSON HARWOOD**

**SCHEDULE**

1   Cash management account held with Altus Investment Management Limited, 57
    Grosvenor Street, London W1K 3JA
    Reference no: 467
    Balances as at 22.12.15
    GBP (Anatoly Motylev)      0.00
    USD                        362,930.48
    EUR                        1,272,813.84
    GBP (63 Victoria Road)     10,000.00

2   Bank accounts held with Société Générale, 11 Av de Grande Bretagne, 98000, Monaco
    Balances as at 21.12.15

    2.1   Bank account number: 30003 00957 00050774299 33
          Name of account:  M. Motylev  A
          EUR -254.72 (debit)

    2.2   Bank account number: 30003 00957 00021002179 54
          Name of account:  STE SCI MATCHOTTE
          EUR 4,619.04

    2.3   Ref: 20151222T1358169:
          Portfolio statement account for SCI Matchotte
          Client reference: 72666669
          EUR -7,362,527.56 (debit)

    2.4   Ref: 20151222T1355722:
          Portfolio statement account for Kryloff Management Corp
          Client reference: 72726332
          EUR 0.12

    2.5   Ref: 20151222T13567599:
          Portfolio statement account for Kryloff Management Corp
          Client reference: 72726605
          USD 7,771.26

    2.6   Ref: 20151222T1357290:
          Portfolio statement account for Glanshaw Investments Limited
          Client reference: 72728975
          USD 647.92

**STEPHENSON
HARWOOD**

2.7    Ref: 20151222T1359735:
Portfolio statement account for Anatoly Motylev
Client reference: 72103595
EUR 45,102.41

3    Bank account held with Banco de Sabadell SA, International Division, Apartado 1, ES-08291 Sabadell, Spain. This is a joint bank account with Mr Motylev's wife.
IBAN: ES23 0081 1937 3700 0607 5113
Name of account: Anatoly Motylev Anna Motyleva
Balance as at 2.12.15
EUR 58,320.52

4    Bank accounts held with Hellenic Bank Public Company Limited at 131, Arch. Makarios III and Ioanni, Polemi Ave., 3rd and 4th Floor, 3508 Limassol, Cyprus in the names of the following companies with the following account numbers and the following balances as at 22.12.15:

Alintato Holdings Limited

4.1    Bank account number: 240-01-628401-01
IBAN: CY54 0050 0240 0002 4001 6284 0101
EUR 0.00

4.2    Bank account number: 240-07-628401-01
IBAN: CY27 0050 0240 0002 4007 6284 0101
USD 0.00

Festuno Holdings Limited

4.3    Bank account number: 240-01-599635-02
IBAN: CY36 0050 0240 0002 4001 5996 3502
EUR 2.53

Frozenport Holdings Limited

4.4    Bank account number: 240-07-557200-01
IBAN: CY76 0050 0240 0002 4007 5572 0001
USD: 614.02

4.5    Bank account number: 240-01-557200-01
IBAN: CY06 0050 0240 0002 4001 5572 0001
EUR: 0.00

LONLIVE\23351083 3

4

**STEPHENSON HARWOOD**

<u>Gaustal Investments Ltd</u>

4.6     Bank account number:  240-01-587889-01
        IBAN: CY16 0050 0240 0002 4001 5878 8901
        EUR: 0.00

4.7     Bank account number: 240-07-587889-01
        IBAN:  CY86 0050 0240 0002 4007 5878 8901
        USD: 0.00

<u>Kensaliv Consultants Limited</u>

4.8     Bank account number: 240-01-593110-01
        IBAN: CY35 0050 0240 0002 4001 5931 1001
        EUR: 2,323.02

4.9     Bank account number: 240-07-593110-01
        IBAN: CY08 0050 0240 0002 4007 5931 1001
        USD: 0.00

4.10    Bank account number: 240-07-593110-02
        IBAN: CY78 0050 0240 0002 4007 5931 1002
        RUB: 0.00

<u>Maximaline Holdings Ltd</u>

4.11    Bank account number: 240-01-590074-01
        IBAN: CY56 0050 0240 0002 4001 5900 7401
        EUR: 0.00

4.12    Bank account number: 240-07-590074-01
        IBAN: CY29 0050 0240 0002 4007 5900 7401
        USD: 0.00

<u>Morphett Holdings Ltd</u>

4.13    Bank account number: 240-01-601346-01
        IBAN: CY85 0050 0240 0002 4001 6013 4601
        EUR: 0.00

4.14    Bank account number: 240-01-601346-02
        IBAN: CY58 0050 0240 0002 4001 6013 4602
        EUR: 8.47

STEPHENSON
HARWOOD

4.15   Bank account number: 240-07-601346-01
       IBAN: CY58 0050 0240 0002 4007 6013 4601
       USD: 31,936.80

4.16   Bank account number: 240-07-601346-02
       IBAN: CY31 0050 0240 0002 4007 6013 4602
       RUB: 33,043.36

Prestele Holdings Limited

4.17   Bank account number: 240-01-614668-01
       IBAN: CY31 0050 0240 0002 4001 6146 6801
       EUR: 334.86

4.18   Bank account number: 240-07-614668-01
       IBAN: CY04 0050 0240 0002 4007 6146 6801
       USD: 0.00

Rorfin Holdings Limited

4.19   Bank account number: 240-01-514655-01
       IBAN: CY32 0050 0240 0002 4001 5146 5501
       EUR: 177,986.91

4.20   Bank account number: 240-01-514655-02
       IBAN: CY05 0050 0240 0002 4001 5146 5502
       EUR: 0.00

4.21   Bank account number: 240-07-514655-01
       IBAN: CY05 0050 0240 0002 4007 5146 5501
       USD: 49,808.29

4.22   Bank account number: 240-07-514655-02
       IBAN: CY75 0050 0240 0002 4007 5146 5502
       RUB: 0.00

Signfavs Solutions Limited

4.23   Bank account number: 240-01-507272-01
       IBAN: CY50 0050 0240 0002 4001 5072 7201
       EUR: 1,148.30

4.24   Bank account number: 240-01-507272-02
       IBAN: CY23 0050 0240 0002 4001 5072 7202
       EUR: 0.00

**STEPHENSON HARWOOD**

4.25    Bank account number: 240-07-507272-01
        IBAN: CY23 0050 0240 0002 4007 5072 7201
        USD: 77,556.74

4.26    Bank account number: 240-07-507272-02
        IBAN: CY93 0050 0240 0002 4007 5072 7202
        RUB: 0.00

Zerra Assets Ltd

4.27    Bank account number: 240-01-582671-01
        IBAN: CY45 0050 0240 0002 4001 5826 7107
        EUR: 0.00

4.28    Bank account number: 240-07-582671-01
        IBAN: CY18 0050 0240 0002 4007 5826 7101
        USD: 4,041.98

4.29    Bank account number: 240-07-582671-02
        IBAN: CY88 0050 0240 0002 4007 5826 7102
        RUB: 0.00

Raginta Investments Ltd

4.30    Bank account number: 240-01-446213-02
        IBAN: CY63 0050 0240 0002 4001 4462 1302
        EUR: 3,149.46

4.31    Bank account number: 240-07-446213-01
        IBAN: CY63 0050 0240 0002 4007 4462 1301
        USD: 1,392,921.30

4.32    Bank account number: 240-07-446213-02
        IBAN: CY36 0050 0240 0002 4007 4462 1302
        RUB: 3,251,207.08

4.33    Bank account number: 240-01-446213-01
        IBAN: CY90 0050 0240 0002 4001 4462 1301
        EUR: 6,059.37

5       Bank accounts held with Avtovazbank, Cyprus International Banking Unit, 249 28th
        October Street, Lophitis Building, Office 2, Limassol, Cyprus

        Balances as at 23.12.15

**STEPHENSON HARWOOD**

5.1     Bank account number: 2021.10.0207.01.01(USD)
        IBAN: CY39 1180 0312 0020 2110 0207 0101
        Name of account:  Hi-Grade Global Investments Ltd
        USD 0.00

5.1     Bank account number: 2021.10.0221.01.01(USD)
        IBAN: CY32 1180 0312 0020 2110 0221 0101
        Name of account:  Trans European Investment Consultancy
        USD 403.41

5.1     Bank account number: 2021.10.0222.01.01(USD)
        IBAN: CY80 1180 0312 0020 2110 0222 0101
        Name of account:  Prudential Consolidated Limited
        USD 400.00

5.1     Bank account number: 2021.10.0206.01.01(USD)
        IBAN: CY88 1180 0312 0020 2110 0206 0101
        Name of account:  Globus Financial Futures Ltd
        USD 4,935.43

6       Bank account held with Bank of Saint Petersburg, Moscow Branch, Russia, in the name of Anatoly Motylev.  Mr Motylev is not able to ascertain details of this account, but he believes that the balance is less that RUB 1 million (approximately £10,000).

7       Bank account held with Sberbank, Moscow, Russia, in the name of Anatoly Motylev.  Mr Motylev is not able to ascertain details of this account, but he believes that the balance is less than RUB 100,000 (approximately £1,000).

8       Bank accounts held with Rosslysky Kredit Bank, Moscow, Russia and AMB Bank, Moscow, Russia, in the name of Anatoly Motylev. Mr Motylev is not able to ascertain details of these accounts, but he believes that the balance in each account is not more than RUB 7.5 million (approximately £75,000). Mr Motylev believes that he has an insurance claim in respect of these accounts to the value of approximately RUB 1.4 million. At the time the licences for Rosslysky Kredit Bank and AMB Bank were revoked, Mr Motylev believes that some credits were due to these accounts to the value of several million USD.

9       Personal broker account with I G Broker, London, no 1004761, in the name of Anatoly Motylev.  Balance as at 22.12.15 £7,222.

10      Mr Motylev believes that there may be two or three brokerage accounts in the name of Raginta Investments Limited and Signfays Solutions Limited, and/or possibly other

**STEPHENSON
HARWOOD**

corporate entities, which would not exceed EUR 100,000 in total. Mr Motylev has not been able to ascertain details of these accounts.

11      Mr Motylev believes that there may be small balances with brokerage accounts in the names of corporate entities with Sucden Financial Limited and possibly other brokers. Mr Motylev has not been able to ascertain details of these accounts.

12      Mr Motylev does not have any actual or contingent beneficial interest in any trust.



Affidavit
Defendant
A Motylev
First
"AM1-2"
5 January 2016

**IN THE HIGH COURT OF JUSTICE
QUEEN'S BENCH DIVISION
COMMERCIAL COURT**

Claim No. CL–2015–000-889

**IN THE MATTER OF THE ARBITRATION
ACT 1996
AND IN THE MATTER OF AN
ARBITRATION CLAIM**

**BETWEEN**

**MEGAINVEST OVERSEAS LTD**

Claimant

**and**

**MR ANATOLY MOTYLEV**

Defendant

This is the exhibit marked "AM2" referred to in the First Affidavit of Anatoly Motylev sworn this 5th day of January 2015 before me

*Ceutty* (CLAIRE WITHEY)

Devonshires
Solicitors LLP
30 Finsbury Circus
London EC2M 7DT

A Solicitor

## Land and Real Property Schedule

| No | Land/property | Address | Market value estimate | Amount of outstanding mortgage |
|---|---|---|---|---|
| | Real estate in Europe | | | |
| 1 | I own 50% of a property at Californie, Cannes (jointly with my wife) through my 50% shareholding in SCI Matchotte (I refer to the Unlisted Shares Schedule in respect of this shareholding). | La Matchotte,        2 Avenue de Pharons,      Californie,      06400 Cannes, France | This has been valued by the Claimant. I do not agree with this valuation. I believe that the property is worth approximately EUR 40 million. | EUR 7,362,527.56 as at 21/12/2015 |
| 2 | I own 50% of a holiday home in Spain (jointly with my wife) | La Gavina, Playa de Aro, Girona, Spain | We purchased the property in 2007 for approximately EUR 6-8 million. | None |
| | Real Estate in Russia | | | |
| 3 | Apartment | 7, Apartment 130, Lev Tolstoy Street, Moscow, Russia | Approximately USD200,000 to USD300,000 | None |
| 4 | Apartment | Apartment 154, 5 Rostovskaya naberezhnaya, Moscow | Approximately USD1million | There is no mortgage on this property however to the best of my knowledge, it has been arrested by creditors. |
| 5 | Apartment | Apartment 5, 23, 7 Rostovsky Per, Moscow | Approximately USD10million | There is no mortgage on this property however to the best of my knowledge, |

LONLIVE & "\" & 23373861 & "-" & 2

| No | Land/property | Address | Market value estimate | Amount of outstanding mortgage |
|---|---|---|---|---|
| | | | | it has been arrested by creditors. |
| 6 | Country house | 1 Sudovaya Street, Trudovaya North, Mytishensky District, Moscow region | Approximately USD2million | There is no mortgage on this property however to the best of my knowledge, it has been arrested by creditors. |
| 7 | Three plots of land near Pestovo (with a house on Plot 10.1) | Plots 10.1, 10.2 and 10.4, Golf Club Village, Pestovo, Mytishensky District, Moscow region | Approximately USD7.5million | There is no mortgage on this property however to the best of my knowledge, it has been arrested by creditors. |
| 8 | Two plots of land of approximately 10 hectares at Luzurny Bereg Village in Pestovo, Mytishensky District | Luzurny Bereg Village in Pestovo, Mytishensky District, Moscow region | Approximately USD40million | The plots of land are owned by a company, OOO Parklain Trade. To the best of my knowledge, 80% of the land is mortgaged to RKB Bank, 20% is unencumbered. I do not recall the amount of the mortgage or the amount outstanding. |

2

LONLIVE & "\" & 23373861 & "-" & 2

**Temporary Residential Property Schedule**

| No | Property | Address | Name of Owner | Basis and Term of Occupation |
|---|---|---|---|---|
| Mr Motyiev | | | | |
| 1 | Flat in London | 168, 55 Park Lane, London W1K 1PZ | Lessor: Hyde Park Residence Limited | Rented; 10 August 2015 – 21 November 2015 |
| 2 | House in London | 63 Victoria Road, London W8 5RH | Lessor: Victoria Road Partnership Nominee I Limited *and* Victoria Road Partnership Nominee II Limited | Rented; 21 November 2015 to present |
| Mrs Motyleva | | | | |
| 3 | Four Seasons Hotel | Limassol, Cyprus | n/a | Hotel; 05/09/2015 – 08/11/2015 |
| 4 | Amathus Beach Hotel | Limassol, Cyprus | n/a | Hotel; 08/11/2015 – 19/12/2015 |
| 5 | House in London | 63 Victoria Road, London W8 5RH | Lessor: see above | Rented; 19/12/2015 to present |

3

30

LONLIVE\23381446-1

**Unlisted Shares**

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| Russian Banks | | | | | | |
| 1 | AKB Smolevich | Russia | Mr. Roslavl Street Proletarskaya 47, 216500 , region of Smolensk | OGRN: 1026700000051 | This bank has been declared bankrupt, and its banking licence has been revoked. My interest in this asset is now worthless. However, I may have an indirect claim against the Russian Federation in respect of this asset. | |
| 2 | JSC AMB Bank | Russia | Boulevard NOVYNSKYY 31 123242 , Moscow | OGRN: 1027700034372 | This bank has been declared bankrupt, and its banking licence has been revoked. My interest in this asset is now worthless. However, I may have an indirect claim against the Russian Federation in respect of this asset. | |
| 3 | JSC InKaro Bank | Russia | per Ermolaevsky , 5 , p 2123001 Moscow | OGRN: 1027700050510 | I am not able to ascertain the extent of my interest in this asset. However, I believe that my interest has little or no | |

LONLIVE\23431023-1

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| | | | | | value. | |
| 4 | LC          Tulskiy Promyshlennik | Russia | Mr.     Tula,     street Smidovich , 18 B 300028 , TULA region | OGRN: 10271006010 21 | This bank has been declared bankrupt, and its banking licence has been revoked. My interest in this asset is now worthless. However, I may have an indirect claim against the Russian Federation in respect of this asset. | |
| 5 | Rossiysky Kredit Bank | Russia | Salvador Allende , 7 125252, Moscow | OGRN: 10377390570 70 | This bank has been declared bankrupt, and its banking licence has been revoked.<br><br>My interest in this asset is now worthless. However, I may have an indirect claim against the Russian Federation in respect of this asset. | |
| 6 | ZAO Mosstroyekonombank | Russia | Profsoyuznaya    d.78 117939 Moscow | OGRN: 10277391099 14 | This bank has been declared bankrupt, and its banking licence has been revoked. My interest in this asset is now | |

5

32

LONLIVE\23431023-1

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|----|---------|-------------------------------|------------------------------------------------------------------|------------------------------|--------------------------------------------------------------------|--------------|
| | | | | | worthless. However, I may have an indirect claim against the Russian Federation in respect of this asset. | |

Companies

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|----|---------|-------------------------------|------------------------------------------------------------------|------------------------------|--------------------------------------------------------------------|--------------|
| 7 | ADAMSWOOD HOLDINGS LTD | Cyprus | Vasili Michailidi, 9, 3026, Limassol, Cyprus | HE 337019 | 100% | 33.333% OOO Pensionnie investicii |
| 8 | ADELETE HOLDINGS LIMITED | BVI | Geneva Place, Waterfront Drive, P.O. Box. 3469, Road Town, Tortola, British Virgin Islands | 1810459 | 100% | 100% Korpus Turizm Emlak |
| 9 | AFREDEL CONSULTANTS LIMITED | Cyprus | Σπύρου Κυπριανού, 83, ELENION BUILDING, Floor 4, Flat 401, 6051, Λάρνακα, Κύπρος | HE 325986 | 100% | 1% Hydro Ugol Mine 5% Angersk South Mine |
| 10 | AKISTA MANAGEMENT LIMITED | BVI | Totalserve Trust Company Limited, Trust Offices,197 Main street, Road Town, Tortola, British Virgin | 1472629 | 100% | |

LONLIVE\23431023·1

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| | | | Islands | | | |
| 11 | ALANDIS HOLDINGS LIMITED | BVI | Trident Chambers, P.O. Box 146, Road Town, Tortola, British Virgin Islands | 1779047 | 100% | |
| 12 | ALETBER LIMITED | Cyprus | Griva Digeni, 115, TRIDENT CENTRE, 3101, Limassol, Cyprus | HE 344650 | 100% | |
| 13 | ALFARE TRADING LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 332638 | 100% | |
| 14 | ALINTATO HOLDINGS LIMITED | BVI | Trident Chambers, P.O.Box 146, Road Town, Tortola, B.V.I. | 1745596 | 100% | 100% - OOO GREENMART |
| 15 | ALIQUA SERVICES LIMITED | BVI | Totalserve Trust Company Limited, Trust Offices, 197 Main Street, P.O.Box 3540, Road Town, Tortola, British Virgin | 1622087 | 100% | |

7

34

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| | | | Islands | | | |
| 16 | AMBERWICK HOLDINGS LIMITED | Cyprus | N.Nikolaidi, 17, S.P.CENTER, 4th floor, Flat/Office 410-411, P.C. 8132, Paphos, Cyprus | 250567 | 100% | |
| 17 | AMINTOR INVESTMENTS LIMITED | BVI | Trident Chambers, P.O. Box 146, Road Town, Tortola, British Virgin Islands | 1779044 | 100% | |
| 18 | ANCARIE HOLDINGS LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 313615 | 100% | 50% OOO ROIS VILL 50% OOO INTRO MSK Listed are all subsidiaries which potentially have shares owned by this company. It is not possible to say which company currently owns shares in this subsidiary and this is |

8

35

LONLIVE\23431023·1

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| | | | | | | why the shareholdings do not necessarily total 100%. |
| 19 | ANCHIRI HOLDINGS LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 315234 | 100% | 100% JSC Stroitelnyi kapital |
| 20 | ANERISSOS HOLDING LIMITED | Cyprus | Gr. Xenopoulou, 17, P.C. 3106, Limassol, Cyprus | HE 203751 | 100% | 99% Diamant, which is a shareholder of Pension Fund Adekta Pensiya |
| 21 | AQUABRIDGE HOLDINGS LIMITED | Cyprus | Arch. Makariou III, 195, NEOCLEOUS HOUSE, 3030, Limassol, Cyprus | 250524 | 100% | |
| 22 | ARTENO ASSETS LIMITED | Cyprus | Griva Digeni, 115, TRIDENT CENTRE, 3101, Limassol, Cyprus | HE 332033 | 100% | 100% – OOO "ForTreid" |
| 23 | ASPATEN INVESTMENTS LIMITED | Cyprus | Agias Zonis, 50 ARIANTHI COURT, 2nd floor, 3090, Limassol, Cyprus | HE 328549 | 100% | |

9

36

LONLIVE\23431023-1

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| 24 | BAFITA SERVICES LIMITED | Cyprus | Gr. Xenopoulou, 17, P.C. 3106, Limassol, Cyprus | HE 333435 | 100% | 90% - OOO "Legion A"; OOO Promneftservice is a 100% subsidiary of OOO Legion-A |
| 25 | BALESVILLE CONSULTANTS LIMITED | Cyprus | Vasilissis Freiderikis, 20 EL GRECO HOUSE, Flat/Office 104 1066, Nicosia, Cyprus | HE 96763 | 100% | 50% - OOO Company MILEKS<br>100% - OOO KIRSTEN-M<br>100% - DAMBALLA |
| 26 | BALYER LIMITED | Cyprus | Nikodimou Mylona, 28, 3095, Limassol, Cyprus | HE 340342 | 100% | |
| 27 | BARCOME ASSET HOLDINGS LIMITED | BVI | Totalserve Trust Company Limited, 19 Waterfront Drive, P.O. Box 3540, Road Town, Tortola, VG1110 , British Virgin Islands | 1805655 | 100% | OOO "SIBIEI" - 100" |
| 28 | BARRAILA ENTERPRISES LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, | HE 319805 | 100% | |

10

37

LONLIVE\23431023 1

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| | | | Cyprus | | | |
| 29 | BASKELLA MANAGEMENT LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 332954 | 100% | 100% -OOO UNIKOR-IT |
| 30 | BEFANA ASSET HOLDINGS LIMITED | BVI | 19, Waterfront Drive, VG 1110 Road Town, Tortola, British Virgin Islands | 1739360 | 100% | |
| 31 | BERANEK HOLDINGS LIMITED | Cyprus | Gr.Xenopoulou, 17, 3106, Limassol, Cyprus | HE 289603 | 100% | |
| 32 | BERTLY HOLDINGS LIMITED | BVI | Totalserve Trust Company Limited, Trust Offices, 197 Main Street, P.O.Box 3540, Road Town, Tortola, British Virgin Islands | 1622047 | 100% | |
| 33 | BIVERA INVESTMENTS LIMITED | Cyprus | Gr. Xenopoulou, 17, P.C. 3106, Limassol, Cyprus | HE 203119 | 100% | 1% Diamant (which holds 100% of private pension fund |

11

38

LONLIVE\23431023 1

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| | | | | | | "Adekta Pensiya") |
| 34 | BLIGARD MANAGEMENT LTD. | BVI | Vanterpool Plaza, 2nd Floor, Wickhams Cay 1, Road Town, Tortola, British Virgin Islands | 1688861 | 100% | |
| 35 | BRISLANIO HOLDINGS LIMITED | Cyprus | Gr. Xenopoulou, 17, P.C. 3106, Limassol, Cyprus | HE 230478 | 100% | 1% Fort Staiton 99% OOO Eliot Stail 90% Praim Energo; OOO Eliot Stail owns 100% of OOO Transgazservice Listed are all subsidiaries which potentially have shares owned by this company. It is not possible to say which company currently owns shares in this subsidiary and this is why the shareholdings do not necessarily total |

12

39

LONLIVE\23431023-1

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| | | | | | | 100%. |
| 36 | BULTARO TRADING LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 329243 | 100% | |
| 37 | BYLSANT HOLDINGS LIMITED | Cyprus | Gr. Xenopoulou, 17, P.C. 3106, Limassol, Cyprus | HE 267186 | 100% | |
| 38 | Canesa Trading Limited | BVI | Trident Chambers, P.O. Box 146, Road Town, Tortola, British Virgin Islands | 1763891 | 100% | |
| 39 | Carrington Experts Inc. | BVI | Aleman, Cordero, Galindo & Lee Trust (BVI) Limited, 3rd Floor, Geneva Place, Waterfront Drive, P.O.Box 3175, Road Town, Tortola, British Virgin Islands | 1755895 | 100% | 100% - OOO EvroStroj |

13

40

LONLIVE\23431023-1

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| 40 | CASESTONE CONSULTANTS LTD | Cyprus | Aigaiou 2A, Ypsonas, 4186, Limassol, Cyprus | HE 302142 | 100% | 70% OOO "Monetnyi dvor" ("mfk") |
| 41 | CAVEMOUNT HOLDINGS LTD | Cyprus | Elassonos, 3A, Agia Fyla, 3110, Limassol, Cyprus | HE 302673 | 100% | |
| 42 | ChartMill Corporation | BVI | Aleman, Cordero, Galindo & Lee Trust (BVI) Limited, 3rd Floor, Geneva Place, Waterfront Drive, P.O.Box 3175, Road Town, Tortola, British Virgin Islands | 1755871 | 100% | 100% - OOO LigalVersiya |
| 43 | CHATSPHERE HOLDINGS LIMITED | Cyprus | Arch. Makariou III, 195, NEOCLEOUS HOUSE, P.C. 3030, Limassol, Cyprus | HE 266899 | 100% | |
| 44 | CHEMYLON INVESTMENTS LIMITED | Cyprus | Kimonos, 40, 3095, Limassol, Cyprus | HE 308452 | 100% | |

14

41

LONLIVE\23431023-1

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| 45 | CIMON CONSULTING LIMITED | BVI | Totalserve Trust Company Limited, Trust Offices, 197 Main street, Road Town, Tortola, British Virgin | 1528927 | 100% | |
| 46 | CLEMIXO TRADING LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 329263 | 100% | |
| 47 | COMEX FINANCIALS S.A. | Belize | No.35 New Road, P.O.Box 1708, Belize City, Belize, C.A. | 127, 518 | 100% | 36.5% Miral |
| 48 | Continium Asset Management Company | Cayman Islands | Solaris Corporate Services Ltd., P.O. Box 1990, 3rd Floor, FirstCaribbean House, George Town, Grand Cayman KY1-1104 | SC-266448 | 100% | |
| 49 | Continium Investments Fund | Cayman Islands | Solaris Corporate Services Ltd., P.O. Box 1990, 3rd Floor, FirstCaribbean House, George Town, Grand | SC-266343 | 100% | |

15

LONLIVE\23431023-1

16

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| | | | Cayman KY1-1104 | | | |
| 50 | COPPERWICK HOLDINGS LIMITED | Cyprus | Arch. Makariou III, XENIOS COMMERCIAL CENTER, P.C. 1076, Nicosia, Cyprus | 250463 | 100% | |
| 51 | CRALOGI CONSULTANTS LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 329791 | 100% | |
| 52 | CRESTORA TRADING LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 329244 | 100% | |
| 53 | CRISPWILD INVESTMENTS LIMITED | BVI | Trident Trust Company (B.V.I.) Limited, Trident Chambers, P.O.Box 146, Road Town, Tortola, British Virgin Islands | 1650759 | 100% | |
| 54 | CROMDINS CONSULTANTS LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 300032 | 100% | 50% Pelsor Overseas Limited<br><br>50% Lockview |

43

LONLIVE\23431023-1

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| | | | | | | International Limited |
| 55 | CULCAV CONSULTANTS LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 333383 | 100% | |
| 56 | CURAL INVESTMENTS LIMITED | BVI | Totalserve Trust Company Limited, 19 Waterfront Drive, P.O. Box 3540, Road Town, Tortola, VG 1110 , British Virgin Islands | 1724030 | 100% | 50% KOVAIN HOLDING LIMITED 50% ANCARIE HOLDINGS LIMITED RK-Reestr (50% shares of Kovain) |
| 57 | DALITHEA INVESTMENTS LTD | Cyprus | Vasili Michailidi, 9, 3026, Limassol, Cyprus | HE 342772 | 100% | |
| 58 | DALMENT MANAGEMENT LIMITED | BVI | Totalserve Trust Company Limited, 19 Waterfront Drive, P.O. Box 3540, Road Town, Tortola, VG 1110 , British Virgin Islands | 1752168 | 100% | |

17

44

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| 59 | DANALECO HOLDINGS LIMITED | Cyprus | Griva Digeni, 115, TRIDENT CENTRE, 3101, Limassol, Cyprus | HE 334133 | 100% | |
| 60 | DAZZLEPOINT HOLDINGS LIMITED | Cyprus | Arch. Makariou III, 195, NEOCLEOUS HOUSE, P.C. 3030, Limassol, Cyprus | HE 266930 | 100% | |
| 61 | DEINEGRO INVESTMENTS LTD | Cyprus | Vasili Michailidi, 9, 3026, Limassol, Cyprus | HE 337682 | 100% | 100% – OOO "FLAIITREID" |
| 62 | DELISH CONSULTING LIMITED | Cyprus | Totalserve Trust Company Limited, Trust Offices, 197 Main street, Road Town, Tortola, British Virgin Islands | HE 333549 | 100% | Shareholder of private pension fund "PSB" |
| 63 | DELOCUS HOLDING LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 323086 | 100% | |
| 64 | DESTRO INVESTMENTS LIMITED | Cyprus | Vasileos Georgiou B, 48, 3077, Limassol, Cyprus | HE 295327 | 100% | |

18

45

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|----|---------|-------------------------------|-----------------------------------------------------------------|------------------------------|-------------------------------------------------------------------|--------------|
| 65 | DIMERON HOLDING LIMITED | Cyprus | Griva Digeni, 115, TRIDENT CENTRE, 3101, Limassol, Cyprus | HE 326311 | 100% | |
| 66 | DOLKAR PROPERTIES LIMITED | Cyprus | Gr. Xenopoulou, 17, P.C. 3106, Limassol, Cyprus | HE 280117 | 100% | |
| 67 | DOONIN HOLDING LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 282296 | 100% | |
| 68 | DORDAMORE LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 311671 | 100% | 19.995% MK FK |
| 69 | DROPELI LIMITED | Cyprus | Nikodimou Mylona, 28, 3095 Limassol, Cyprus | HE 344474 | 100% | |
| 70 | EARLTON INVESTMENTS LIMITED | Cyprus | Vasilissis Freiderikis, 20 EL GRECO HOUSE, Flat/Office 104 1066, Nicosia, Cyprus | HE 97100 | 100% | 100% - OOO Akis 2000 |

19

46

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| 71 | ECOSTONE TRADING LTD | Cyprus | Lekorpouzie 2, 3075, Limassol, Cyprus | HE 302150 | 100% | |
| 72 | EKARA ASSETS LIMITED | BVI | Trident Chambers, P.O. Box 146, Road Town, Tortola, British Virgin Islands | 1776791 | 100% | "Mediarezerv" - 100% |
| 73 | ELERI TRADING LIMITED | BVI | Totalserve Trust Company Limited, Trust Offices, 197 Main Street, Road Town, Tortola, British Virgin Islands | 1422251 | 100% | |
| 74 | Elite Global Holdings Inc. | Belize | No.35 New Road, P.O.Box 1708, Belize City, Belize | 127, 041 | 100% | |
| 75 | ENPIRA HOLDINGS LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 299819 | 100% | |
| 76 | EZIRLIVA SERVICES LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 281010 | 100% | |

20

47

LON.IVE\23431023 1

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| 77 | FASKTEN HOLDINGS LIMITED | Cyprus | Nikodimou Mylona, 28, 3095, Limassol, Cyprus | HE 308486 | 100% | |
| 78 | FERNOMEL INVESTMENTS LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 312061 | 100% | RK-Reestr - 24,9871%; |
| 79 | FESTRELO HOLDINGS LIMITED | Cyprus | Griva Digeni, 115, TRIDENT CENTRE, 3101, Limassol, Cyprus | HE 344856 | 100% | |
| 80 | FESTUNO HOLDINGS LIMITED | Cyprus | Gr. Xenopoulou, 17, P.C. 3106, Limassol, Cyprus | HE 230456 | 100% | |
| 81 | FIVEVINE HOLDINGS LIMITED | Cyprus | Arch. Makariou III, 195, NEOCLEOUS HOUSE, P.C. 3030, Limassol, Cyprus | HE 266931 | 100% | |
| 82 | FLABELLUM HOLDINGS LIMITED | Cyprus | 3 Manis Str., Germasogeia 4044 Limassol, Cyprus | HE 203722 | 100% | 99% Fort Staiton 1% Eliot Stail |

21

48

LONLIVE\23431023-1

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| 83 | FLAVIANO HOLDINGS LIMITED | BVI | Trident Chambers, P.O. Box 146, Road Town, Tortola, British Virgin Islands | 1771339 | 100% | |
| 84 | FLIMINDIS SERVICES LIMITED | Cyprus | Gr. Xenopoulou, 17, P.C. 3106, Limassol, Cyprus | HE 280114 | 100% | |
| 85 | FOLGEND LIMITED | Cyprus | Gr. Xenopoulou, 17, P.C. 3106, Limassol, Cyprus | HE 280229 | 100% | |
| 86 | FONANT TRADING LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 288495 | 100% | |
| 87 | FREDIAN MANAGEMENT LIMITED | BVI | Totalserve Trust Company Limited, 19 Waterfront Drive, P.O. Box 3540, Road Town, Tortola, VG 1110, British Virgin Islands | 1763097 | 100% | 100% - Transtrial |
| 88 | FREZALTA SERVICES LIMITED | Cyprus | Gr. Xenopoulou, 17, P.C. 3106, Limassol, Cyprus | HE 278408 | 100% | |

22

LONLIVE\23431023-1

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| 89 | FROMUS INVESTMENTS LIMITED | BVI | Totalserve Trust Company Limited, Trust Offices, 197 Main street, Road Town, Tortola, British Virgin | 1437146 | 100% | |
| 90 | FROZENPORT HOLDINGS LIMITED | BVI | Trident Chambers, P.O.Box 146, Road Town, Tortola, B.V.I. | 1622525 | 100% | |
| 91 | FURNION HOLDINGS LIMITED | BVI | Totalserve Trust Company Limited, 19 Waterfront Drive, P.O. Box 3540, Road Town, Tortola, VG1110, BVI | 1777738 | 100% | |
| 92 | FUSELO LIMITED | Cyprus | Nikodimou Mylona, 28, 3095, Limassol, Cyprus | HE 337377 | 100% | 1/3 Avistel, 1/3 NSA-A, 1/3 NIVRUS, 1/3 NIRUS-G, 1/3 FINPROM |
| 93 | GALASTOR LIMITED | Cyprus | Aglas Zonis, 50 ARIANTHI COURT, 2nd floor, 3090, Limassol, Cyprus | HE 333620 | 100% | |

23

50

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| 94 | GALLOPERS TRADING LTD | Cyprus | Vasili Michailidi, 9, 3026, Limassol, Cyprus | HE 337768 | 100% | |
| 95 | GAUSTAL INVESTMENTS LTD | Cyprus | Kimonos, 40 , P.C. 3095, Limassol, Cyprus | HE 300970 | 100% | 99,99% OOO "Uralskii pensionnyi administrator" |
| 96 | GAYLEN MANAGEMENT LIMITED | BVI | Totalserve Trust Company Limited, 19 Waterfront Drive, P.O. Box 3540, Road Town, Tortola, VG 1110 , British Virgin Islands | 1752175 | 100% | |
| 97 | GIALVIN MANAGEMENT LIMITED | Cyprus | Gr. Xenopoulou, 17, P.C. 3106, Limassol, Cyprus | HE 275957 | 100% | |
| 98 | GLOBAL INVESTMENTS CONSULTANCY LIMITED | Seychelles | Mayfair Trust Group Limited, Second Floor, Capital City, Independence Avenue, P.O.Box 1312 Victoria, Mahe, Seychelles | 002627 | 100% | |

24

51

LONLIVE\23431023-1

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| 99 | GORDAS MANAGEMENT LIMITED | BVI | Totalserve Trust Company Limited, 19 Waterfront Drive, P.O. Box 3540, Road Town, Tortola, VG1110 , British Virgin Islands | 1805734 | 100% | |
| 100 | GOVAD INVESTMENTS LIMITED | BVI | Totalserve Trust Company Limited, Trust Offices, 197 Main Street, Road Town, Tortola, British Virgin Islands | 1528995 | 100% | |
| 101 | GRAZINETO LIMITED | Cyprus | Nikodimou Mylona, 28, 3095, Limassol, Cyprus | HE 337383 | 100% | 100% OOO"BELLARION" |
| 102 | GREENLEAD INVESTMENTS LIMITED | Cyprus | Ipparchou, 57, Agia Zoni, 3027, Limassol, Cyprus | HE 302166 | 100% | |
| 103 | HADITOS PROPERTIES LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 301574 | 100% | 19.08% of JSC FK Interfin Trade |

25

52

LONLIVE\23431023-1

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| 104 | Halete Ventures Limited | BVI | Trident Chambers, P.O. Box 146, Road Town, Tortola, British Virgin Islands | 1786422 | 100% | |
| 105 | HAWTHRONA CONSULTANTS LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 300152 | 100% | 22.5% in JSC "FK"Interfin trade" |
| 106 | HENGELOR INVESTMENTS LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 312367 | 100% | 50% OOO "ROIS VILL" 50% OOO "SENDERFOL" Listed are all subsidiaries which potentially have shares owned by this company. It is not possible to say which company currently owns shares in this subsidiary and this is why the shareholdings do not necessarily total 100%. |

26

53

LONLIVE\23431023-1

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| 107 | HIDRO HOLDINGS LIMITED | BVI | Totalserve Trust Company Limited, 19 Waterfront Drive, P.O. Box 3540, Road Town, Tortola, VG1110, BVI | 1777768 | 100% | |
| 108 | Incana Enterprises Limited | BVI | Trident Chambers, P.O. Box 146, Road Town, Tortola, British Virgin Islands | 1788920 | 100% | |
| 109 | INGALLS LTD | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 290536 | 100% | |
| 110 | Innovation Project Foundation | Liechtenstein | c/o ESCAN Treuunternehmen reg. Pflugstrasse 7, 9490 Vaduz | FL-0002.460.997-0 | 100% | |
| 111 | OOO INTERCOM CAPITAL | Russia | Ul. Vavilova, Moscow, 117335 | 683730467 | It is probable that this is the same as "Interkom" referred to under Katan Management Limited and Naris Management Limited | Unknown |

27

54

LONLIVE\23431023.1

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|----|---------|------------------------------|----------------------------------------------------------------|----------------------------|-------------------------------------------------------------------|--------------|
| 112 | ISLIGOM CONSULTANTS LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 287883 | 100% | |
| 113 | JADESHIRE HOLDINGS LIMITED | Cyprus | Irodotou, 3, P.C. 3095, Limassol, Cyprus | 250439 | 100% | |
| 114 | JANAPETO LIMITED | Cyprus | Nikodimou Mylona, 28, 3095 Limassol, Cyprus | HE 344520 | 100% | |
| 115 | JEIPOGOL TRADING LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 290021 | 100% | |
| 116 | JUMPSTORM HOLDINGS LIMITED | Cyprus | Arch. Makariou III, 195, NEOCLEOUS HOUSE, P.C. 3030, Limassol, Cyprus | 266949 | 100% | |
| 117 | JYSOT HOLDINGS LIMITED | Cyprus | Kimonos, 40, 3095, Limassol, Cyprus | HE 308440 | 100% | OOO "Garant Grupp" - 100% |
| 118 | KALIASA LIMITED | Cyprus | Nikodimou Mylona, 28, 3095 Limassol, Cyprus | HE 344525 | 100% | |

28

55

LONLIVE\23431023-1

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| 119 | Kassina Enterprises Limited | BVI | Trident Chambers, P.O. Box 146, Road Town, Tortola, British Virgin Islands | 1786427 | 100% | |
| 120 | KATAN MANAGEMENT LIMITED | BVI | Totalserve Trust Company Limited, Trust Offices,197 Main street, Road Town, Tortola, British Virgin Islands | 1471341 | 100% | 99% Interkom |
| 121 | KELURN LIMITED | Cyprus | Griva Digeni, 115, TRIDENT CENTRE, 3101, Limassol, Cyprus | HE 332030 | 100% | 100% Parklain |
| 122 | KEMEX TRADE AND INVEST. LIMITED | BVI | Totalserve Trust Company Limited, 19 Waterfront Drive, P.O. Box 3540, Road Town, Tortola, VG 1110 , British Virgin Islands | 1732709 | 100% | 50% HENGELOR INVESTMENTS LIMITED<br><br>50% SIRTOL INVESTMENTS LIMITED |
| 123 | KENSALIV CONSULTANTS LIMITED | Cyprus | Σπύρου Κυπριανού, 83, ELENION BUILDING, Floor 4, | HE 300044 | 100% | 50% Lewiston Investments Limited<br>50% Balesville |

29

56

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| | | | Flat 401, 6051, Λάρνακα, Κύπρος | | | Consultants Limited |
| 124 | KINDRO MANAGEMENT LTD. | BVI | Vanterpool Plaza, 2nd Floor, Wickhams Cay 1, Road Town, Tortola, British Virgin Islands | 1688732 | 100% | |
| 125 | KLEIZALM INVESTMENTS LIMITED | Cyprus | Gr.Xenopoulou, 17, 3106, Limassol, Cyprus | HE 287102 | 100% | |
| 126 | KOVAIN HOLDING LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 313609 | 100% | RK-Reestr – 24.9864%<br><br>Listed are all subsidiaries which potentially have shares owned by this company. It is not possible to say which company currently owns shares in this subsidiary and this is why the shareholdings do not necessarily total |

30

57

LON\LIVE\23431023.1

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| | | | | | | 100%. |
| 127 | KRAPEN INVESTMENTS LIMITED | Cyprus | Σπύρου Κυπριανού, 83, ELENION BUILDING, Floor 4, Flat 401, 6051, Λάρνακα, Κύπρος | HE 326303 | 100% | 25% Hydro Ugol Mine<br><br>25% Angersk South Mine |
| 128 | KREJIPAL PROPERTIES LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 288734 | 100% | |
| 129 | KUNETA HOLDINGS LIMITED | Cyprus | Agias Zonis, 50 ARIANTHI COURT, 2nd floor, 3090, Limassol, Cyprus | HE 328543 | 100% | 100% Laim Taim (which is then a shareholder of private pension fund "PSB")<br><br>Listed are all subsidiaries which potentially have shares owned by this company. It is not possible to say which company currently owns shares in this |

31

LONLIVE\23431023.1

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| | | | | | | subsidiary and this is why the shareholdings do not necessarily total 100%. |
| 130 | LACRA INVESTMENTS LIMITED | BVI | Totalserve Trust Company Limited, Trust Offices, 197 Main Street, Road Town, Tortola, British Virgin Islands | 1437514 | 100% | |
| 131 | LAJOS TRADING LIMITED | BVI | Totalserve Trust Company Limited, Trust Offices, 197 Main street, Road Town, Tortola, British Virgin Islands | 1408462 | 100% | |
| 132 | LANKTISA LIMITED | Cyprus | Nikodimou Mylona, 28, 3095 Limassol, Cyprus | HE 344488 | 100% | |
| 133 | LEFENG INVESTMENTS LIMITED | Cyprus | Σπύρου Κυπριανού, 83, ELENION BUILDING, Floor 4, Flat 401, 6051, | HE 326550 | 100% | 25% Hydro Ugol Mine  25% Angersk South |

32

59

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| | | | Λάρνακα, Κύπρος | | | Mine |
| 134 | LEILA INVESTMENTS LIMITED | BVI | Totalserve Trust Company Limited, Trust Offices, 197 Main Street, Road Town, Tortola, British Virgin Islands | 1470517 | 100% | |
| 135 | LENISTONE ENTERPRISES LTD | Cyprus | Zinonos Kiteos 15, Ypsonas, 4187, Limassol, Cyprus | HE 302143 | 100% | |
| 136 | LERYEN ASSETS LIMITED | Cyprus | Griva Digeni, 115, TRIDENT CENTRE, 3101, Limassol, Cyprus | HE 344648 | 100% | |
| 137 | LEWISTON INVESTMENTS LIMITED | Cyprus | Vasilissis Freiderikis, 20 EL GRECO HOUSE, Flat/Office 104 1066, Nicosia, Cyprus | HE 96153 | 100% | 100% - OOO DELFINA 2000 |
| 138 | LINKCASE ENTERPRISES LTD | Cyprus | Arch.Makariou III, 15, Paramytha, 4540, Limassol, Cyprus | HE 302138 | 100% | |

33

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| 139 | LITURA HOLDINGS LIMITED | Cyprus | Nikodimou Mylona, 28, 3095, Limassol, Cyprus | HE 308456 | 100% | |
| 140 | LOCKVIEW INTERNATIONAL LIMITED | Belize | Belize Marina Towers, Suite 303, Newtown Barracks, Belize City, Belize | 21, 216 | 100% | 50% - OOO Company MILEKS; 100% - OOO LEGBA TORG; 100% - OOO RUBI TORG |
| 141 | LOCOMS HOLDINGS LTD | Cyprus | Vasili Michailidi, 9, 3026, Limassol, Cyprus | HE 337767 | 100% | |
| 142 | LOCUSLAND HOLDING LTD | Cyprus | Vasili Michailidi, 9, 3026, Limassol, Cyprus | HE 337283 | 100% | 33,333% OOO "Pensionnie investicii" |
| 143 | LORBEKA INVESTMENTS LIMITED | Cyprus | Gr. Xenopoulou, 17, P.C. 3106, Limassol, Cyprus | HE 280357 | 100% | |
| 144 | LUFIA TRADING LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 299855 | 100% | |

34

LONLIVE\23431023-1

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| 145 | LURAKA INVESTMENTS LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 328792 | 100% | |
| 146 | LURDES INVESTMENTS LIMITED | BVI | Totalserve Trust Company Limited, Trust Offices, 197 Main Street, Road Town, Tortola, British Virgin Islands | 1528992 | 100% | |
| 147 | MACKLIND HOLDING LIMITED | Cyprus | Gr. Xenopoulou, 17, P.C. 3106, Limassol, Cyprus | HE 276241 | 100% | |
| 148 | MAFAZI HOLDINGS LIMITED | Cyprus | Gr. Xenopoulou, 17, P.C. 3106, Limassol, Cyprus | HE 299959 | 100% | |
| 149 | MAGANYA INVESTMENTS LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 299836 | 100% | 50% Earlton Investments Limited 50% Lockview International Limited |
| 150 | MALANCE HOLDINGS LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 324797 | 100% | |

35

62

LONLIVE\23431023 1

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| 151 | MALASSO HOLDING LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 324793 | 100% | |
| 152 | MALATI LIMITED | BVI | Totalserve Trust Company Limited, Trust Offices, 197 Main street, Road Town, Tortola, British Virgin Islands | 1622242 | 100% | |
| 153 | MANION MANAGEMENT LIMITED | BVI | Totalserve Trust Company Limited, Trust Offices, 197 Main Street, Road Town, Tortola, British Virgin Islands | 1576508 | 100% | |
| 154 | MARSFORD COMPANY LIMITED | Cyprus | Agiou Pavlou, 15, LEDRA HOUSE, Agios Andreas, 1105, Nicosia, Cyprus | HE 214998 | 100% | |
| 155 | MAXIMALINE HOLDINGS LIMITED | Cyprus | Atlantikou, 12A, 3050, Limassol, Cyprus | HE 302616 | 100% | |

36

63

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| 156 | MELONIE TRADING LIMITED | Cyprus | Nikodimou Mylona, 28, 3095, Limassol, Cyprus | HE 302889 | 100% | |
| 157 | MELRITE TRADING LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 307374 | 100% | 20,0271% in MK FK |
| 158 | MENDOZA ALLIANCE LIMITED | BVI | Totalserve Trust Company Limited, 19 Waterfront Drive, P.O. Box 3540, Road Town, Tortola, VG1110 , British Virgin Islands | 1795978 | 100% | OOO "LK-Ugol" - 100% |
| 159 | MERCANDIA TRADING LIMITED | Cyprus | Peiraios, 30, 3016 Limassol, Cyprus | HE 302170 | 100% | OOO "PROFFINANS" - 100% |
| 160 | MIRAL TURIZM INSAAT PETROL SANAYI ve TICARET ANONIM SIRKETI | Turkey | Residentail quarter Bachtchedzhik, 38th street, No. 1, Beldibi, Konyaalty | 68926 | 100% | 99.99% (7 000 000 shares in) GLOBAL INVESTMENTS CONSULTANCY LIMITED |
| 161 | MOFETTECO HOLDING LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 329862 | 100% | 98% – OOO "ASTON GRAND"<br><br>OOO Aston Grand |

37

64

LONLIVE\23431023-1

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| | | | | | | owns 100% of ZAO Stroytemp |
| 162 | MOFITI INVESTMENTS LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 328810 | 100% | |
| 163 | MOLSAM PROPERTIES LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 280702 | 100% | |
| 164 | MONABEL PROPERTIES LIMITED | Cyprus | Gr. Xenopoulou, 17, P.C. 3106, Limassol, Cyprus | HE 276037 | 100% | |
| 165 | MORIDAN INVESTMENTS LIMITED | BVI | Totalserve Trust Company Limited, 19 Waterfront Drive, P.O. Box 3540, Road Town, Tortola, VG 1110 , British Virgin Islands | 1763169 | | |
| 166 | MORPHETT HOLDINGS LTD | Cyprus | Vasili Michailidi, 9, 3026, Limassol, Cyprus | HE 307792 | 100% | |

38

65

LONLIVE\23431023·1

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|----|---------|-------------------------------|-----------------------------------------------------------------|-----------------------------|-------------------------------------------------------------------|--------------|
| 167 | MOSPAD CONSULTANTS LIMITED | BVI | Totalserve Trust Company Limited, 19 Waterfront Drive, P.O. Box 3540, Road Town, Tortola, VG1110 , British Virgin Islands | 1805526 | 100% | |
| 168 | MUBULUS LIMITED | Cyprus | Nikodimou Mylona, 28, 3095, Limassol, Cyprus | HE 308485 | 100% | OOO "Drim- Dal" - 100% |
| 169 | MURANO GROUP LIMITED | BVI | Vanterpool Plaza, 2nd Floor, Wickhams Cay 1, Road Town, Tortola, British Virgin Islands | 1734234 | 100% | |
| 170 | MURLECO HOLDINGS LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 299939 | 100% | 0.0383% KB KRK<br>19.995% MK FK |
| 171 | NACHELY LIMITED | Cyprus | Nikodimou Mylona, 28, 3095, Limassol, Cyprus | HE 308471 | 100% | OOO "Linta - Tur" - 100% |
| 172 | NARIS MANAGEMENT LIMITED | BVI | Totalserve Trust Company Limited, Trust Offices,197 Main street. Road Town, | 1471288 | 100% | 1% Interkom |

39

66

LONLIVE\23431023·1

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| | | | Tortola, British Virgin Islands | | | |
| 173 | NASAGA INVESTMENTS LIMITED | Cyprus | Griva Digeni, 115, TRIDENT CENTRE, 3101, Limassol, Cyprus | HE 344690 | 100% | |
| 174 | NEASDENCO PROPERTIES LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 314121 | 100% | 100% - OOO "Kapitalstroj" |
| 175 | Nevipor Enterprises Limited | BVI | Trident Chambers, PO Box 146, Road Town, Tortola, British Virgin Islands | 1759586 | 100% | |
| 176 | NEW FAME INTERNATIONAL LTD | Cyprus | Nikodimou Mylona, 28, 3095, Limassol, Cyprus | HE 299632 | 100% | |
| 177 | NORTELO TRADING LTD | Cyprus | Vasili Michailidi, 9, 3026, Limassol, Cyprus | HE 337688 | 100% | 100% - OOO"GRAND ARMADA" |

40

67

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| 178 | NOTENIA LIMITED | Cyprus | Agias Zonis, 50 ARIANTHI COURT, 2nd floor, 3090, Limassol, Cyprus | HE 330236 | 100% | |
| 179 | NOURKIZA INVESTMENTS LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 280705 | 100% | |
| 180 | NPF CYPRUS HOLDING LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 275095 | 100% | 75% OOO "RAZVITIE" |
| 181 | OGIERIA INVESTMENTS LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 312251 | 100% | 50% OOO "LAIM TAIM" <br><br> 50% OOO "PRAIM ENERGO" <br><br> Listed are all subsidiaries which potentially have shares owned by this company. It is not possible to say which company currently owns shares in this subsidiary and this is why the |

41

68

LONLIVE\23431023-1

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| | | | | | | shareholdings do not necessarily total 100%. |
| 182 | OPOLOX HOLDINGS LIMITED | Cyprus | Σπύρου Κυπριανού, 83, ELENION BUILDING, Floor 4, Flat 401, 6051, Λάρνακα, Κύπρος | HE 326350 | 100% | 0.78% Hydro Ugol Mine<br><br>15% Angersk South Mine |
| 183 | OROLABO LIMITED | Cyprus | Nikodimou Mylona, 28, 3095 Limassol, Cyprus | HE 344493 | 100% | |
| 184 | PARAL MANAGEMENT LIMITED | BVI | Totalserve Trust Company Limited, Trust Offices, 197 Main Street, P.O.Box 3540, Road Town, Tortola, British Virgin Islands | 1622217 | 100% | |
| 185 | Pelidan Trading Limited | BVI | Trident Chambers, P.O. Box 146, Road Town, Tortola, British Virgin Islands | 1752534 | 100% | |

42

69

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| 186 | PELSOR OVERSEAS LIMITED | BVI | Aleman, Cordero, Galindo & Lee Trust (BVI) Limited, P.O.Box 3175, Road Town, Tortola, British Virgin Islands | 296187 | 100% | 19,08% in JSC "FK " Interfin treid"<br><br>100% pf LLC Itrais-N |
| 187 | POLDEGA LIMITED | Cyprus | Agias Zonis, 50 ARIANTHI COURT, 2nd floor, 3090, Limassol, Cyprus | HE 328551 | 100% | 76% OOO "INTRO MSK"<br><br>Listed are all subsidiaries which potentially have shares owned by this company. It is not possible to say which company currently owns shares in this subsidiary and this is why the shareholdings do not necessarily total 100%. |
| 188 | PRADENTCO LIMITED | Cyprus | NikodImou Mylona, 28, 3095 Limassol, Cyprus | HE 344589 | 100% | |

43

70

LONLIVE\23431023-1

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| 189 | PRANDISCAL SERVICES LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 286202 | 100% | |
| 190 | Presso Development Ltd. | Belize | No.35 New Road, P.O.Box 1708, Belize City, Belize | 127, 817 | 100% | |
| 191 | PRESTELE ASSETS LIMITED | BVI | Trident Chambers, P.O.Box 146, Road Town, Tortola, B.V.I. | 1727677 | 100% | |
| 192 | PVX Development Ltd. | BVI | Aleman, Cordero, Galindo & Lee Trust (BVI) Limited, 3rd Floor, Geneva Place, Waterfront Drive, P.O.Box 3175, Road Town, Tortola, British Virgin Islands | 1755762 | 100% | 70% OOO Alikante |
| 193 | QUERMINDI SERVICES LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 312080 | 100% | 100% OOO "Torgovaya gruppa TG" |
| 194 | RAFALLOX LIMITED | Cyprus | Nikodimou Mylona, 28, 3095, Limassol, Cyprus | HE 341664 | 100% | 100% - OOO "STRITEIL" |

44

71

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| 195 | RAGINTA INVESTMENTS LIMITED | Cyprus | Σπύρου Κυπριανού, 83, ELENION BUILDING, Floor 4, Flat 401, 6051, Λάρνακα, Κύπρος | HE 218752 | 100% | |
| 196 | RAKOLA ASSETS LIMITED | BVI | Trident Chambers P.O. Box 146, Road Town, Tortola, British Virgin Islands | 1526333 | 100% | |
| 197 | RAMCRESS MANAGEMENT LIMITED | BVI | Totalserve Trust Company Limited, 19 Waterfront Drive, P.O. Box 3540, Road Town, Tortola, VG1110 , British Virgin Islands | 1795800 | 100% | OOO "Globex soft" - 100% |
| 198 | RAMEA HOLDINGS LIMITED | BVI | Totalserve Trust Company Limited, 19 Waterfront Drive, P.O. Box 3540, Road Town, Tortola, VG 1110 , British Virgin Islands | 1732715 | 100% | |
| 199 | RAVELTO HOLDING LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, | HE 333387 | 100% | 100% - OOO "ETALON STIL" |

45

72

LONLIVE\23431023.1

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| | | | Cyprus | | | |
| 200 | REDMALVA HOLDINGS LIMITED | Cyprus | Krinon, 16, 3110 Limassol, Cyprus | HE 302531 | 100% | |
| 201 | REFESTO TRADING LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 332640 | 100% | |
| 202 | RELCON TRADE AND INVEST. LIMITED | BVI | Totalserve Trust Company Limited, 19 Waterfront Drive, P.O. Box 3540, Road Town, Tortola, VG1110 , British Virgin Islands | 1795994 | 100% | OOO "Bilavid" – 100% |
| 203 | REPSOLO HOLDING LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 323158 | 100% | 100% OOO "FINCOM" (which holds 25.1% of OOO "Olimp" and 99.98% of Tehnomark) |

46

LONLIVE\23431023.1

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|----|---------|-------------------------------|------------------------------------------------------------------|------------------------------|--------------------------------------------------------------------|--------------|
| 204 | RESOTIA HOLDINGS LIMITED | Cyprus | Agias Zonis, 50 ARIANTHI COURT, 2nd floor, 3090, Limassol, Cyprus | HE 330270 | 100% | 100% -OOO "Investicionno-Stroitelnaya Kompaniya BRK" (shares pledged to JSC "Promnefteservis") |
| 205 | Rindol Trading Limited | BVI | Trident Chambers, PO Box 146, Road Town, Tortola, British Virgin Islands | 1759513 | 100% | |
| 206 | RISOFTO TRADING LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 328854 | 100% | |
| 207 | RIVERA TRADE AND INVEST. LIMITED | BVI | Totalserve Trust Company Limited, 19 Waterfront Drive, P.O. Box 3540, Road Town, Tortola, VG 1110 , British Virgin Islands | 1724077 | 100% | 50% KOVAIN HOLDING LIMITED  50% ANCARIE HOLDINGS LIMITED |
| 208 | RKB Holdings SARL | Luxembourg | L-2453 Luxembourg, 2-4, rue Eugene Ruppert | | 100% | RKB (indirectly) |

47

74

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| 209 | RODLEY CONSULTANTS LIMITED | BVI | Totalserve Trust Company Limited, 19 Waterfront Drive, P.O. Box 3540, Road Town, Tortola, VG 1110 , British Virgin Islands | 1777350 | 100% | |
| 210 | RONTONIO TRADING LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 332813 | 100% | |
| 211 | RORFIN HOLDINGS LIMITED | Cyprus | Omirou and Arachovas Corner, Alasia House, Office 101, CY-3096, Limassol, Cyprus | HE 223657 | 100% | |
| 212 | ROSOFORD INVESTMENTS LTD | Cyprus | Vasili Michailidi, 9, 3026, Limassol, Cyprus | HE 337021 | 100% | 33.333% OOO "Pensionnie investicii" |
| 213 | ROWEN BUSINESS SERVICES LIMITED | BVI | Totalserve Trust Company Limited, 19 Waterfront Drive, P.O. Box 3540, Road Town, Tortola, VG 1110 , British Virgin Islands | 1752608 | 100% | 100% - Largomedia |

48

75

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| 214 | RYMASOT HOLDINGS LIMITED | Cyprus | Zakynthou, 14, 3rd floor, Flat/Office 303, 3107, Limassol, Cyprus | HE 278438 | 100% | |
| 215 | SALSBRONO HOLDINGS LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 321034 | 100% | 100% OOO "Salsbrono Kapital" |
| 216 | SALTUS MANAGEMENT LIMITED | BVI | Totalserve Trust Company Limited, Trust Offices, 197 Main street, Road Town, Tortola, British Virgin Islands | 1452930 | 100% | |
| 217 | SCALINELLA TRADING LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 328849 | 100% | |
| 218 | SCI Matchotte | Monaco | 24 Boulevard Princesse Charlotte, MC-98000 Monaco | 505 037 499 | 50% | |
| 219 | SELVIS ASSET HOLDINGS LIMITED | BVI | Totalserve Trust Company Limited, 19 Waterfront Drive, P.O. Box 3540, Road Town, | 1715504 | 100% | 50% FERNOMEL INVESTMENTS LIMITED<br><br>50% OGIERIA |

49

76

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|----|---------|-------------------------------|------------------------------------------------------------------|------------------------------|--------------------------------------------------------------------|--------------|
| | | | Tortola, VG 1110 , British Virgin Islands | | | INVESTMENTS LIMITED RK-Reestr (50% - Fernomel) |
| 220 | SEMIBLACK HOLDINGS LIMITED | Cyprus | Kosti Palama, 12A, 3095, Limassol, Cyprus | HE 302207 | 100% | "SANTRUST" - 100%, financing of OOO "SANTRUST" |
| 221 | SEMIROLL HOLDINGS LIMITED | Cyprus | Vasili Michailidi, 9, 3026, Limassol, Cyprus | HE 302144 | 100% | |
| 222 | SERTEFIA MANAGEMENT LIMITED | BVI | Totalserve Trust Company Limited, 19 Waterfront Drive, P.O. Box 3540, Road Town, Tortola, VG 1110 , British Virgin Islands | 1751358 | 100% | |
| 223 | SHORRAN INVESTMENTS LIMITED | BVI | Totalserve Trust Company Limited, Trust Offices, 197 Main Street, P.O.Box 3540, Road Town, Tortola, British Virgin | 1646373 | 100% | |

50

77

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| | | | Islands | | | |
| 224 | SIGNFAYS SOLUTIONS LIMITED | Cyprus | Σπύρου Κυπριανού, 83, ELENION BUILDING, Floor 4, Flat 401, 6051, Λάρνακα, Κύπρος | HE 254361 | 100% | |
| 225 | SIKRANA HOLDINGS LIMITED | Cyprus | Agias Zonis, 50 ARIANTHI COURT, 2nd floor, 3090, Limassol, Cyprus | HE 330232 | 100% | |
| 226 | SILBUGER ENTERPRISES LIMITED | Cyprus | Griva Digeni, 115, TRIDENT CENTRE, 3101, Limassol, Cyprus | HE 326310 | 100% | |
| 227 | SINVESTONE MANAGEMENT LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 312396 | 100% | 19.983% MK FK |
| 228 | SIRTOL INVESTMENTS LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 312066 | 100% | 50% OOO "ROIS VILL" 50% OOO "PRAIM ELIT" |

51

78

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|----|---------|------------------------------|-----------------------------------------------------------------|------------------------------|-------------------------------------------------------------------|--------------|
|  |  |  |  |  |  | Listed are all subsidiaries which potentially have shares owned by this company. It is not possible to say which company currently owns shares in this subsidiary and this is why the shareholdings do not necessarily total 100%. |
| 229 | Solanol Trading Limited | BVI | Trident Chambers, PO Box 146, Road Town, Tortola, British Virgin Islands | 1759588 | 100% |  |
| 230 | SOLVEMENT INVESTMENTS LIMITED | BVI | Totalserve Trust Company Limited, 19 Waterfront Drive, P.O. Box 3540, Road Town, Tortola, VG 1110 , British Virgin Islands | 1777752 | 100% |  |

52

79

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| 231 | STARWINE INVESTMENTS LIMITED | BVI | Totalserve Trust Company Limited, Trust Offices, 197 Main Street, P.O.Box 3540, Road Town, Tortola, British Virgin Islands | 1622189 | 100% | |
| 232 | STELLENTA HOLDING LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 323432 | 100% | RK-Reestr-24,9864% |
| 233 | STIBERO ASSET HOLDINGS LIMITED | BVI | Totalserve Trust Company Limited, 19 Waterfront Drive, P.O. Box 3540, Road Town, Tortola, VG 1110 , British Virgin Islands | 1697340 | 100% | |
| 234 | Superla Assets Limited | BVI | Trident Chambers, P.O. Box 146, Road Town, Tortola, British Virgin Islands | 1764144 | 100% | 100% Aksion |
| 235 | SUSTACK INVESTMENTS LIMITED | Cyprus | Kimonos, 40, 3095, Limassol, Cyprus | HE 308467 | 100% | "Senderfoll" -100% Listed are all subsidiaries which |

53

80

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| | | | | | | potentially have shares owned by this company. It is not possible to say which company currently owns shares in this subsidiary and this is why the shareholdings do not necessarily total 100%. |
| 236 | TAXANA HOLDINGS LIMITED | BVI | Totalserve Trust Company Limited, 19 Waterfront Drive, P.O. Box 3540, Road Town, Tortola, VG 1110 , British Virgin Islands | 1732727 | 100% | 50% KOVAIN HOLDING LIMITED<br><br>50% OGIERIA INVESTMENTS LIMITED<br><br>RK-Reestr (50% - Kovain) |
| 237 | THISINDA INVESTMENTS LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 281625 | 100% | |
| 238 | THURLASP CONSULTANTS LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 300035 | 100% | 50% Earlton Investments Limited<br>50% Lewiston |

54

81

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| | | | | | | Investments Limited |
| 239 | THURLOWEN MANAGEMENT LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 286392 | 100% | |
| 240 | TIVESA HOLDINGS LIMITED | Cyprus | Kimonos, 40, 3095, Limassol, Cyprus | HE 308443 | 100% | |
| 241 | TONDALIUS TRADING LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 332807 | 100% | |
| 242 | TORGRAS ASSETS LTD. | BVI | Vanterpool Plaza, 2nd Floor, Wickhams Cay 1, Road Town, Tortola, British Virgin Islands | 1688860 | 100% | |
| 243 | TwinHolm Sales Corp. | BVI | Aleman, Cordero, Galindo & Lee Trust (BVI) Limited, 3rd Floor, Geneva Place, Waterfront Drive, P.O.Box 3175, Road Town, Tortola, British | 1755766 | 100% | 100% – OOO Elegiya |

55

82

LONLIVE\23431023 1

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| | | | Virgin Islands | | | |
| 244 | TYRCANDOL PROPERTIES LIMITED | Cyprus | Gr. Xenopoulou, 17, Street, 3106 Limassol, Cyprus | HE 288763 | 100% | |
| 245 | UTRUST LIMITED | Cyprus | Kimonos, 40, 3095, Limassol, Cyprus | HE 289114 | 100% | 100% - OOO "KOMEKSPO" |
| 246 | VANILITTE HOLDINGS LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 321027 | 100% | 100% OOO "Vanilitt Investment" |
| 247 | VANRISA HOLDINGS LIMITED | Cyprus | Griva Digeni, 115, TRIDENT CENTRE, 3101, Limassol, Cyprus | HE 344615 | 100% | |
| 248 | VANSTOL HOLDING LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 333388 | 100% | |
| 249 | VECROTAL MANAGEMENT LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 300320 | 100% | 19.98% in JSC "FK"Interfin trade" |

56

83

LONLIVE\23431023-1

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| 250 | VEGODA MANAGEMENT LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 300308 | 100% | 50% Balesville Consultants Limited 50% Pelsor Overseas Limited |
| 251 | VELMAR ASSETS LIMITED | BVI | Trident Chambers, P.O. Box 146, Road Town, Tortola, British Virgin Islands | 1771438 | 100% | |
| 252 | VELSHEDA HOLDINGS LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 289919 | 100% | 19.36% in JSC "FK "Interfin treid" |
| 253 | VILMA CONSULTANTS LIMITED | BVI | Totalserve Trust Company Limited, Trust Offices, 197 Main street, Road Town, Tortola, British Virgin Islands | HE 1646383 | 100% | |
| 254 | VINDASCA HOLDING LIMITED | Cyprus | Gr. Xenopoulou, 17, P.C. 3106, Limassol, Cyprus | HE 276236 | 100% | |
| 255 | VIRNA LIMITED | BVI | Totalserve Trust Company Limited, Trust Offices, 197 | 1622229 | 100% | |

LON LIVE\23431023 1

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| | | | Main Street, Road Town, Tortola, British Virgin Islands | | | |
| 256 | VOIFEM MANAGEMENT LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 312963 | 100% | 100% INGALLS LTD |
| 257 | VOILAN MANAGEMENT LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 312962 | 100% | 19.9999% MK FK |
| 258 | VOUKLORE HOLDING LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 317705 | 100% | 50% Salsbrono Holdings Limited; 50% Vanilitte Holdings Limited |
| 259 | WALNEY INVESTMENTS LIMITED | Cyprus | Agiou Pavlou, 15, LEDRA HOUSE, Agios Andreas, 1105, Nicosia, Cyprus | HE 195964 | 100% | |
| 260 | WAMESCA TRADING LIMITED | BVI | Totalserve Trust Company Limited, 19 Waterfront Drive, P.O. Box 3540, Road Town, Tortola, VG1110 , British Virgin Islands | 1806153 | 100% | |

58

85

LON\LIVE\23431023-1

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| 261 | WARNA INVESTMENTS LIMITED | BVI | Totalserve Trust Company Limited, 19 Waterfront Drive, P.O. Box 3540, Road Town, Tortola, VG 1110 , British Virgin Islands | 1724080 | 100% | 50% ANCARIE HOLDINGS LIMITED  50% SIRTOL INVESTMENTS LIMITED |
| 262 | WELBY MANAGEMENT LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 323090 | 100% | OOO "Finservis" - 100% |
| 263 | WEMENSCO CONSULTANTS LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 333334 | 100% | |
| 264 | WOHZEL TRADING LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 303715 | 100% | 100% OOO "KVOTA-K" |
| 265 | WOLLEMI TRADING LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 307354 | 100% | 100% - OOO AKSIS-98 |
| 266 | WOMIRE TRADING LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 303682 | 100% | 100% invest-stil |

59

86

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| 267 | XANESS TRADE AND INVEST. LIMITED | BVI | Totalserve Trust Company Limited, 19 Waterfront Drive, P.O. Box 3540, Road Town, Tortola, VG 1110 , British Virgin Islands | 1732719 | 100% | |
| 268 | XELHRA HOLDING LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 317747 | 100% | 50% Salsbrono Holdings Limited; 50% Vanilitte Holdings Limited Planning 20% for each: OOO "GALLA-INVERS", OOO "INVESTVERSIYA", OOO "ASPEKT-LINE", OOO "ROIS VILL", OOO "ESKORIAL", OOO "AKSTENDER", OOO "ALDENTE", OOO "VALENTA", OOO "ALMERIYA", OOO "PRAIM ELIT", OOO "AST-AKTIV" |

60

87

LONLIVE\23431023.1

| No | Company | Jurisdiction of incorporation | Address of registered office and/or principal place of business | Company registration number | Number of shares in which AM has a beneficial or nominal interest | Subsidiaries |
|---|---|---|---|---|---|---|
| 269 | YALDIZ TRADING LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 288486 | 100% | |
| 270 | ZAPEBI HOLDINGS LIMITED | Cyprus | | HE 319202 | 100% | |
| 271 | ZEIMET TRADING LIMITED | Cyprus | Nikodimou Mylona, 28A, 3095, Limassol, Cyprus | HE 301127 | 100% | |
| 272 | Zerra Assets Ltd | BVI | Trident Chambers, P.O. Box 146, Road Town, Tortola, British Virgin Islands | 1682546 | 100% | |
| 273 | ZETALYNCO TRADING LIMITED | Cyprus | Gr. Xenopoulou, 17, 3106, Limassol, Cyprus | HE 290396 | 100% | |

61

88

LONLIVE\23431023-1

## The Debts Schedule

| No | Debtor name | Address | Amount of debt | Date due |
|---|---|---|---|---|
| 1 | OOO Talion | | Ravelto Holding Ltd (Cyprus) loaned RUB320 million (plus interest) to OOO Talion.<br><br>OOO Talion owns a large hotel in St Petersburg.<br><br>I cannot recall if the loan was direct or indirect. If the loan was indirect, it would have been made through **OOO Etalon-Style** (a Russian company). | Overdue by approximately 2–3 years |
| 2 | OOO Stroycomfort | | OOO Tranreal is owned by Freedman (100%). These companies have an agreement relating to share construction investment with OOO Stroycomfort and promissory notes in the value of RUB 1,5 billion roubles for the construction of apartments. | I consider that this debt is ultimately owed to RKB Bank |
| 3 | Mr Alexander Ebralidze | Flat 30, 13/3 Bolshaya Morskaya Street, St Petersburg, Russia | Signfays Solutions Ltd (Cyprus) loaned USD2 million to Mr Alexander Ebralidze. The loan carries interest and penalties. | Four months from the date of the loan (28 April 2013). Accordingly, the loan is overdue by over 32 months. |

62

89

| No | Debtor name | Address | Amount of debt | Date due |
|---|---|---|---|---|
| 4 | OOO Kommercheskiy Bank Metallurg | 16 Ivana Babushkina Street, Moscow, Russia | A subordinated loan to OOO Kommercheskiy Bank Metallurg | I have not been able to ascertain which companies provided this loan, the amount of the loan, the amount outstanding, or the date of repayment. |
| 5 | | | | There may be debts owed to Raginta Investments Limited but I will not know the position until the company had its annual accounting and audit. |

63

90

LONLIVE\23375463 2

**Personal property, vessels or aircraft disclosure**

| No | Property | Description | Location | Estimated value |
|----|----------|-------------|----------|-----------------|
| 1 | Lexus LX SUV | The car is approximately 2 years old. This car is registered in my name and is unencumbered. | Country house at 1 Sudovaya Street, Trudovaya North, Mytishensky District, Moscow region | EUR 70,000 – 80,000 |

64

91

LONLIVE\23375714 1

## Other Assets Schedule

| No | Asset | Description | Location | Estimated value |
|---|---|---|---|---|
| 1 | Golf club membership | | Pestovo Golf Club, Moscow, Russia | I paid approximately US$100,000 for this membership approximately 10 years ago.  I do not know whether this is transferable, and therefore I am unsure as to its current value. |
| 2 | Right to use yacht berth | Right to use yacht berth no 4115 in Port Camille Rayon | Port Camille Rayon, France | Approximately EUR 1-2.5 million |
| 3 | Money on Stephenson Harwood LLP client account | £42,458.67 was transferred on 27 October 2015 from Vilma Consultants Ltd's account at Credit Suisse, Zurich (since closed) to Stephenson Harwood's client account. This money is being held on client account pending return to me. | UK | £42,458.67 |
| Business assets in which I have an indirect and/or beneficial interest | | | | |
| 4 | 7 pension funds in Russia | - Solnechnoye Vremya (formerly known as PSB)<br>- Adekta Pensiya<br>- Solntste Zhizn Pensiya (previously named Renaissance Fund)<br>- Zaschita Budushevo<br>- Sberegatelny<br>- Uralbornzavodsky (formerly known as Obornzavod)<br>- Sberegatelny Fond Solnechny Bereg (formerly known as Resofund) | Moscow, Russia | To the best of my knowledge, each of these pension funds has been stripped of their assets by the Russian authorities and are therefore likely to be worthless.<br><br>I may have direct or indirect claims against the Russian Federation in respect of these pension funds. |

65

92

LONLIVE\23376060.1

| No | Asset | Description | Location | Estimated value |
|---|---|---|---|---|
| 5 | **PSC Mezot Raslevoi Centre** (Russia) | Interstructural Insurance Centre | Skagovaya Street, 32/2, Moscow | Approximately US$1-2million.<br><br>Less than 20% of the company is owned by each of the following Russian companies:<br><br>- OOO Avistel<br>- OOO Nivrus<br>- OOO Nirus-G<br>- OOO ANB-A<br>- Finprom<br><br>All of the above companies are owned by the following companies:<br><br>- **Fuselo Ltd (33.33%);**<br>- **Gaustal Investments Ltd (33.33%); and**<br>- **Bivera Investments Ltd (33.33%).**<br><br>The shares in these three companies are held by three Russian individuals, Nikolai Galaguza, Viyacheslav Glebov and Sergei Goryashin. |
| 6 | Management Company, Moscow | Small management company called "For State". This company was the licensed manager of the pension funds. It may have a small bank balance. This company is an asset of the RKB Group. | Moscow, Russia | It is difficult to estimate the value of this company (if any). |

66

93

LONLIVE\23376060-1