# EXHIBIT 36

10                                                                                          Kommersant FM 93.6   kommersant.ru   Friday   28 November 2014   No. 216   Kommersant

# INVESTMENT AND FINANCE

| · 0.2331 | · 3.840 | · $39.94 bil. | · 775.9 thousand/tr. oz | · 1.189 |
| thousand points | billion roubles | | | |

3-MONTH LIBOR (REUTERS)   MOEX FINANCIALS INDEX (Moscow Exchange)   TRADING VOLUME (Moscow Exchange)   CAPITALIZATION (Moscow Exchange)   GOLD ( REUTERS )

## Sherfond RESO Pension Fund has Reached Sunny Shore

Pension funds leave insurers for bankers

**The entities of the banker Anatoly Motylev, who is actively acquiring pension funds, together with other investors have gained control over another non-governmental pension fund – the Sherfond RESO, to be renamed to Sherfond Solnechny Bereg [Sunny Shore]. Bankers continue to show significant interest in the pension business, while insurers are getting rid of it.**

As Kommersant has learned, the non-governmental pension fund Sherfond RESO is no longer controlled by the RESO group. The sale of a 100% stake in OOO RESO Pension Investments, the sole shareholder of Sherfond RESO, was closed on November 24, Kommersant sources told. "The RESO Group continues to focus its financial and managerial resources towards the areas where it has the greatest competitive advantages: insurance and auto operating leasing. The sale of the pension business is another step in this strategy," explained Andrei Savelyev, CEO of the RESO group.

Control over NPF Sherfond RESO passed to a consortium of investors, consisting of the majority shareholder of Russian Credit Bank Anatoly Motylev, his former colleague at Globex Bank Sergey Magidov, former Vice-President of Russian Credit Bank Andrei Kulikov and others, sources close to the investors told Kommersant. Mr. Kulikov confirmed this information, adding that the fund will be renamed to Sherfond Solnechny Bereg, and former Russian Communications Minister Leonid Reiman may be among the investors.

*NPF Sherfond RESO was founded in 2002, and since the beginning of 2008 it has been a member of the RESO group. According to the Central Bank, as of October 1, the fund ranks 26th in terms of equity (16.3 billion roubles); the NPF's pension funds amount to 15.7 billion roubles, and reserves to 1.3 million roubles.*

NPF Sherfond RESO had been for sale for a long time. "The eventual sale was mentioned for the first time back in 2009, almost immediately after the RESO group's purchase of controlling stake in the fund. Later, however, sales went up, the growth rate increased, and the idea to sell the fund was put on the back burner," recalls the head of a small NPF. The idea was reanimated two years ago after the government said that accumulative pensions [i.e. pensions without defined benefits – translator] could be abolished. According to representatives of three non-governmental funds from the top-20, it was specifically the entities of the former shareholder of AFK Sistema, Yevgeny Novitsky, that were eyeing Sherfond RESO. But the asking price was too high (15-20% of the assets plus 10% of the growth over two years).

The entities of Mr. Motylev overpaid for the fund, several market insiders believe. The parties did not disclose the deal's financials, but several pension market insiders name an amount corresponding to 20-30% of the fund's assets, that is, 3.2-4.8 billion roubles. The average market price of a non-governmental pension fund is considered to be 15% of the assets. "In our opinion, Sherfond RESO is one of the most interesting private pension funds on the market, with a high-quality client base and excellent growth prospects," commented Sergey Magidov on the acquisition.

According to market insiders, the entities of Anatoly Motylev and his affiliated investors are actively buying non-governmental pension funds (see Kommersant of November 14). "In a situation where liquidity is scarce and the Western markets are unavailable, pension funds remain virtually the only source of long-term funding," says Sergey Zynar, Executive Director of Messengrp NPF, explaining bankers' interest in NPFs.

"The deal strengthens the trend of insurers' exiting the pension business, yielding it to bankers. This is now the second non-governmental pension fund that Mr. Motylev or persons close to him have bought from an insurance company (the first one was Renaissance Life and Pensions). The only one that remains is NPF RGS; other attempts by insurers to build a pension business (Ingosstrakh, Alliance) have not yet been successful," said Sergey Okolesnov, CEO of the Pension Partner consulting company.

**Maria Yakovleva**

10    КоммерсантъFM 93,6    kommersant.ru    Пятница 28 ноября 2014 №216    Коммерсантъ

# ИНВЕСТИЦИИ И ФИНАНСЫ

| 3-МЕС. LIBOR (REUTERS) | ИНДЕКС «ММВБ ФИНАНСЫ» (МБ) | ОБЪЕМ ТОРГОВ АКЦИЯМИ (МБ) | КАПИТАЛИЗАЦИЯ (МБ) | ЗОЛОТО (REUTERS) |
|---|---|---|---|---|

## «Сберфонд РЕСО» достиг «Солнечного берега»

**Пенсионные фонды уходят от страховщиков к банкирам**

Структуры банкира Анатолия Мотылева, активно приобретающего пенсионные фонды, совместно с другими инвесторами получили контроль над еще одним НПФ — «Сберфондом РЕСО», который будет переименован в «Сберфонд „Солнечный берег"». Банкиры продолжают проявлять существенный интерес к пенсионному бизнесу, в то время как страховщики от него избавляются.

Как стало известно „Ъ", негосударственный пенсионный фонд «Сберфонд РЕСО» больше не подконтролен группе РЕСО. Сделка по продаже 100% долей ООО «РЕСО Пенсионные инвестиции», являющегося единственным акционером «Сберфонда РЕСО», закрыта 24 ноября, сообщила источники „Ъ". Группа РЕСО подолжает концентрироваться на финансовом и страховом бизнесе, а это значит, что в ее активах, к которому у нее есть наиболее конкурентные преимущества,— страховании и автолизинге. Сделка по продаже пенсионного бизнеса является продолжением реализации этой стратегии,— пояснил глендеоктор холдинга РЕСО Андрей Савельев.

Контроль над НПФ «Сберфонд РЕСО» перешел к консорциуму инвесторов, в состав которых вошел основной акционер банка «Российский кредит» Анатолий Мотылев, банк АБ2М-банка бывшего вице-президент банка «Российский кредит» Андрей Куликов и другие. Господин Куликов подтвердил эту информацию, добавив, что фонд будет переименован в «Сберфонд „Солнечный берег"», а в число инвесторов может войти бывший министр связи Леонид Рейман.

● НПФ «Сберфонд РЕСО» основан в 2002 году, а с начала 2008 года входил в группу РЕСО. По данным ЦБ, на 1 октября фонд занимал 26-е место по объему собственного имущества (16,3 млрд руб.), пенсионные накопления НПФ составляли 15,7 млрд руб., пенсионные резервы — 1,3 млн руб. НПФ «Сберфонд РЕСО» продавался дорого. Впервые об этом заговорили еще в 2009 году, сразу после покупки группой РЕСО

контроля над фондом. Однако подписать реальные продажи, увеличивались темпы роста, и идея продажи фонда отложилась,— вспоминает один из собеседников „Ъ". Вернуться к ней два года назад после заявленной правительства о новации пенсионных накоплений в 2014 году. К моменту закрытия сделки НПФ из топ-20, в частности, располагался возможность только в «Сберфонде РЕСО» структуры бывшего акционера АФК «Система-Евгения Новицкого. Но запланированная цена была слишком высокой (15–20% от активов плюс 10% от прибыли в течение двух лет).

Структуры господина Мотылева купили фонд дорого, считают участники рынка. Финансовые параметры сделки стороны не раскрывают, но по сколько участники пенсионного рынка называют сумму в 20–30% от активов фонда, то есть 3,2–4,8 млрд руб. Сверхдорогой ценой НПФ считается 15% от активов. «На наш взгляд, „Сберфонд РЕСО" — один из наиболее дорогих активов, поскольку вероятность брака достаточно низкая, а перспективы привлечения клиентов высокой и имеющий отличные перспективы для развития»,— отмечает Сергей Магалов.

Структуры Анатолия Мотылева и связанных с ним инвесторов, до данным участников рынка, уже приобрели права на пять НПФ (см. „Ъ" от 14 ноября). В условиях ограничения ликвидности и закрытых западных рынков пенсионные фонды остаются фактически единственным источником долгового-финансирования — ресурсы. Не случайно структуры Анатолия Мотылева купили генеральный директор НПФ «АО „Москворечье" Сергей Околесное.

«Сделка укрепляет тенденцию выхода страховщиков из пенсионного бизнеса к концу банкиров»,— Это уже второй НПФ, который покупают господин Мотылев или близкие к нему игроки, у страховой компании. В начале ноября ИНГ-груп объявила, что продала 100% акций НПФ-«Ренессанс Жизнь и Пенсии»...

## Санация пошла в РОСТ

Найдется ли в итоге инвестор, желающий вести нагрузку в виде спур пяти санируемых банков,— вопрос. По словам члена совета директоров Бин-банка (санировал Бинбанкинвестбанк и санирует Московский Кредита Любомикова, «санировать такое большое количество банков одновременно крайне сложно: материальный и человеческий контроль за такое количество лет банков в случае отзыва лицензии у этих банков была бы намного серьезнее и условиях за меделения ВВП и инфляции».

В ЦБ и АСВ традиционно не комментируют действующих банков. Предстоящих правления РОСТ-банка Артем Хенкин заявил вчера „Ъ", что он уже не должен стабильно банковой структуры Бин-банка высокий (по риск-профилю менее 2%), а по итогам III квартала совершалось 25% всех сделок репо, по данным ЦБ. Ежедневные объемы операций репо по 1 октября были 50 млрд руб., а на сегодня 150 млрд руб. Индекс репо ЦБ не сможет заметить индикаторы рынка на ММВБ, однако он из десяти лет... рассчитывать с определенным сроком репо (1 день, одна неделя, один месяц). «Если бирже будет рассчитывать сами индексы репо с ЦБ два раза в день, то можно получить...

## Первоклассные заемщики проходят мимо

**Иностранные «дочки» российских банков вынуждены отправлять валюту «маме»**

Столкнувшись с притоком валюты на счета клиентов в октябре, «дочки» иностранных банков предпочли разместить ее на счетах материнских структур, вместо того чтобы неполно заработать на кредитовании первоклассных российских заемщиков. Поступления долларов-от них были вынуждены из-за нестабой рекомендации «совпадать риски на российский рынок.

В октябре российские банки столкнулись с резким увеличением средств в клиентов на валютных счетах. К началу ноября увеличило более чем на 1,45 трлн руб. (около $35 млрд), в то время как месяцем ранее увеличение было горазду бо-лее скромным и составило 485 млрд руб. ($12 млрд), свидетельствуют данные отчетности банков на сайте ЦБ. Притом наибольший приток за этот счина получили банки из Сбербанк, ВТБ и Газпромбанк прирост в 843 млрд руб.

### 1,5 триллиона
**рублей составил прирост валютных средств на клиентских счетах банков в октябре**

05 ДЕКАБРЯ 2014   18+
Президент-отель, Москва, Б. Якиманка, 24

**3-й Конгресс предприятий наноиндустрии**



**КОНГРЕСС ПРЕДПРИЯТИЙ НАНОИНДУСТРИИ** — коммуникационная площадка для обсуждения проблем российского нанотехнологического бизнеса.

**КЛЮЧЕВОЙ ТЕМОЙ** в этом году станет обсуждение программ и инструментов государственной поддержки инновационного бизнеса, которые в рамках реализуются в России, а также предложения предприятий наноиндустрии по совершенствованию этих механизмов.

**ОСНОВНЫЕ СПИКЕРЫ ФОРУМА** — представители органов власти, государственных институтов развития, предприятий наноиндустрии.





**Регистрация участников**
www.congressnano.ru
тел.: +7 (495) 787 06 68

Организаторы



## Биржа оценит деньги
**У сделок репо появятся свои индексы**

Московская биржа запускает новый индикатор ликвидации — индекс денежной ставки по операциям кредитования под залог ценных бумаг (репо). Участники рынка считают, что у него есть все шансы стать репрезентативным индикатором денежного-кредитного рынка, так как репо по ОФЗ, обладает достаточной ликвидностью и ежедневно торгуется...

Светлана Дементьева, Ксения Дементьева, Елена Ковачева, Ольга Шестопал

На правах рекламы

### СООБЩЕНИЕ
о проведении внеочередных общих собраний акционеров Открытого акционерного общества «Москапстрой-ТН»

Место нахождения Общества: Российская Федерация, 125040, г. Москва, ул. Ямского Поля 5-я, д. 5, стр. 1. ОАО «Москапстрой-ТН» (далее — Общество) настоящим уведомляет акционеров Общества о том, что 15 декабря 2014 года будут проводиться два внеочередных общих собрания акционеров. Первое — в форме собрания. Дата проведения внеочередного общего собрания акционеров — 15 декабря 2014 года. Время начала собрания — 16 часов 00 минут. Время начала регистрации участников собрания — 15 часов 00 минут. Место проведения внеочередного общего собрания акционеров — 125009, г. Москва, ул. Тверская, д. 23/12, стр.1-1А, комн. 407. Дата составления списка лиц, имеющих право на участие во внеочередном общем собрании акционеров, — 15 ноября 2014 г. ПОВЕСТКА ДНЯ ВНЕОЧЕРЕДНОГО ОБЩЕГО СОБРАНИЯ АКЦИОНЕРОВ...

Любовь Царева

Юлия Локшина, Дмитрий Ладыгин

Мария Яковлева



Edinburgh House
170 Kennington Lane
London
SE11 5DP
Tel: +44 (0)20 7870 7100
Email: info@global-lingo.com
Web: www.global-lingo.com

**July 14th 2020**

I, **Denisa Jacobsen,** on behalf of Global Lingo Ltd, hereby certify that the **English** translation on the document(s) attached entitled **Exhibit – Kommersant article Sberfond Solnechniy Bereg** is, to the best of our knowledge and belief, a faithful and accurate translation of the **Russian** document(s) entitled **Exhibit – Kommersant article Sberfond Solnechniy Bereg**  and has been translated by professional translators who are native speakers of **English.**

**Denisa Jacobsen**







**Global Lingo Ltd**
Edinburgh House, 170 Kennington Lane
London, SE11 5DP
Tel: +44 (0)20 7870 7100
Email: info@global-lingo.com
Web: www.global-lingo.com
Company number: 5771718




Registered office: Edinburgh House, 170 Kennington Lane, London, SE11 5DP
Global Lingo is a company registered in England and Wales. Company number: 5771718. VAT registration number: 877 7148 69