# EXHIBIT 40



| | Chemin des Mines 1202 Geneva Switzerland | Tel: +41 22 360 91 00 Fax: +41 22 360 91 91 | info@oneswiss.com www.oneswissbank.com | SWIFT: **BQBHCHGG** VAT: CHE-112.045.116 |
|---|---|---|---|---|

| **STANDARD CORRESPONDENT BANKS** | Effective Date: 01-JUL-2019 (Settlement Date) |
|---|---|

**Standard Settlement Instructions for Foreign Exchange, Money Market, Derivatives and Commercial Payments**

| Currency | Intermediary Bank | City | SWIFT | Account | Correspondent Bank |
|---|---|---|---|---|---|
| AED | Credit Suisse (Switzerland) Ltd | Zurich | **CRESCHZZ80A** | Account: 393439-14-251<br>IBAN: CH97 0483 5039 3439 1425 1 | HSBC Bank Middle East Ltd - Dubai<br>SWIFT: BBMEAEAD<br>Account: E630200000020155081001 |
| AUD | Credit Suisse (Switzerland) Ltd | Zurich | **CRESCHZZ80A** | Account: 393439-14-945<br>IBAN: CH80 0483 5039 3439 1494 5 | ANZ Banking Group Ltd - Melbourne<br>SWIFT: ANZBAU3M<br>Account: 201335AUD00001 |
| CAD | Credit Suisse (Switzerland) Ltd | Zurich | **CRESCHZZ80A** | Account: 393439-14-770<br>IBAN: CH52 0483 5039 3439 1477 0 | Royal Bank of Canada - Toronto<br>SWIFT: ROYCCAT2<br>Account: 095911223262 |
| CHF | ONE swiss bank SA | Geneva | **BQBHCHGG** | SIC IID: 08246 | Direct via Swiss Interbank Clearing (SIC)<br>SWIFT: TKZHCHZZ |
| DKK | Credit Suisse (Switzerland) Ltd | Zurich | **CRESCHZZ80A** | Account: 393439-14-37<br>IBAN: CH55 0483 5039 3439 1403 7 | Nordea Danmark, Filial af Nordea Bank Abp - Copenhagen<br>SWIFT: NDEADKKK<br>Account: DK7020005000403257 |
| EUR | SECB Swiss Euro Clearing Bank GmbH | Frankfurt | **SECGDEFF** | Account: 03908246400EUR<br>IBAN: DE91 5242 0700 0390 8246 40 | |
| GBP | Credit Suisse (Switzerland) Ltd | Zurich | **CRESCHZZ80A** | Account: 393439-14-89<br>IBAN: CH09 0483 5039 3439 1408 9 | HSBC Bank Plc - London<br>SWIFT: MIDLGB22<br>Account: GB52MIDL40051500430793 |
| HKD | Credit Suisse (Switzerland) Ltd | Zurich | **CRESCHZZ80A** | Account: 393439-14-305<br>IBAN: CH94 0483 5039 3439 1430 5 | HSBC Ltd - Hong Kong<br>SWIFT: HSBCHKHHHKH<br>Account: 002571289001 |
| JPY | Credit Suisse (Switzerland) Ltd | Zurich | **CRESCHZZ80A** | Account: 393439-14-335<br>IBAN: CH60 0483 5039 3439 1433 5 | MUFG Bank Ltd - Tokyo<br>SWIFT: BOTKJPJT<br>Account: 653-0440957 |
| MXN | Credit Suisse (Switzerland) Ltd | Zurich | **CRESCHZZ80A** | Account: 393439-14-842<br>IBAN: CH48 0483 5039 3439 1484 2 | Citibank NA* - Silver Spring<br>SWIFT: CITIUS33MER<br>Account: 236707008<br>(clabe account: 002180002367070084) |
| NOK | Credit Suisse (Switzerland) Ltd | Zurich | **CRESCHZZ80A** | Account: 393439-14-161<br>IBAN: CH05 0483 5039 3439 1416 1 | Nordea Bank Abp, filial i Norge - Oslo<br>SWIFT: NDEANOKK<br>Account: NO6260010233197 |
| NZD | Credit Suisse (Switzerland) Ltd | Zurich | **CRESCHZZ80A** | Account: 393439-14-965<br>IBAN: CH25 0483 5039 3439 1496 5 | Bank of New Zealand - Wellington<br>SWIFT: BKNZNZ22985<br>Account: 2171700000 |
| PLN | Credit Suisse (Switzerland) Ltd | Zurich | **CRESCHZZ80A** | Account: 393439-14-177<br>IBAN: CH58 0483 5039 3439 1417 7 | Bank Handlowy w Warszawie SA - Warsaw<br>SWIFT: CITIPLP<br>Account: PL26103015080000000300124003 |

| Currency | Intermediary Bank | City | SWIFT | Account | Correspondent Bank |
|---|---|---|---|---|---|
| RUB | Credit Suisse (Switzerland) Ltd | Zurich | CRESCHZZ80A | Account: 393439-14-218<br>IBAN: CH18 0483 5039 3439 1421 8 | JSC Bank Credit Suisse (Moscow) - Moscow<br>SWIFT: CRESRUMM<br>Account: 30111810500000000023<br>INN: 9909461742  /  KPP: 770487001<br>BIK: 044525236<br>Central Bank account: 30101810800000000236 |
| SEK | Credit Suisse (Switzerland) Ltd | Zurich | CRESCHZZ80A | Account: 393439-14-204<br>IBAN: CH08 0483 5039 3439 1420 4 | Nordea Bank Abp, filial I Sverige - Stockholm<br>SWIFT: NDEASESS<br>Account: SE3230000000039527706335 |
| SGD | Credit Suisse (Switzerland) Ltd | Zurich | CRESCHZZ80A | Account: 393439-14-440<br>IBAN: CH38 0483 5039 3439 1444 0 | Standard Chartered Bank (Singapore) Ltd - Singapore<br>SWIFT: SCBLSG22<br>Account: 0109348060 |
| TRY | Credit Suisse (Switzerland) Ltd | Zurich | CRESCHZZ80A | Account: 393439-14-706<br>IBAN: CH34 0483 5039 3439 1470 6 | Citibank AS - Istanbul<br>SWIFT: CITITRI<br>Account: TR250009200000000070713004 |
| USD | Credit Suisse (Switzerland) Ltd | Zurich | CRESCHZZ80A | Account: 393439-14-780<br>IBAN: CH73 0483 5039 3439 1478 0 | Bank of New York - New York<br>SWIFT: IRVTUS3N<br>Account: TR250009200000000070713004 |
| ZAR | Credit Suisse (Switzerland) Ltd | Zurich | CRESCHZZ80A | Account: 393439-14-673<br>IBAN: CH52 0483 5039 3439 1467 3 | Standard Bank of South Africa Ltd - Johannesburg<br>SWIFT: SBZAZAJJ<br>Account: 7553950 |

*\* Acting on behalf of Banco Nacional de México*

Correspondent Bank: the bank that clears the payment on behalf of the beneficiary or intermediary bank.
Intermediary Bank: the bank that holds a direct account with the Correspondent Bank on behalf of the beneficiary institution.

### Standard Settlement Instructions for Precious Metals

| Currency | Correspondent Bank | City | SWIFT | Account |
|---|---|---|---|---|
| XAG<br>Loco Zurich | Pictet & Cie | Geneva | PICTCHGG | Account: 807214.001.ME.XAG |
| XAU<br>Loco Zurich | Pictet & Cie | Geneva | PICTCHGG | Account: 807214.001.ME.XAU |
| XPD<br>Loco Zurich | Pictet & Cie | Geneva | PICTCHGG | Account: 807214.001.ME.XPD |
| XPT<br>Loco Zurich | Pictet & Cie | Geneva | PICTCHGG | Account: 807214.001.ME.XPT |