USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/21/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------X

IN RE: EX PARTE APPLICATION OF KEVIN HELLARD
AND JONATHAN THIELMANN, JOINT TRUSTEES IN
BANKRUPTCY OF ANATOLY LEONIDOVICH MOTYLEV,
PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT
DISCOVERY FOR USE IN A FOREIGN PROCEEDING

-------------------------------------------------------------------------X

1:21-MC-00864 (GHW)(KHP)

ORDER OF DISMISSAL

**KATHARINE H. PARKER, United States Magistrate Judge:**

On March 4, 2022, the Court approved the ex parte application of Petitioners Kevin

Hellard and Jonathan Thielmann ("Petitioners") for authorization pursuant to 28 U.S.C. § 1782

to issue subpoenas to Bank of America N.A., Citigroup Inc., JP Morgan Chase Bank N.A., HSBC

Bank, Bank of New York Mellon Corporation, Standard Chartered Bank, Deutsche Bank Trust

Company Americas, and Commerzbank AG (collectively, "Subpoenaed Entities").  (ECF No. 8.)

On July 19, 2022, the Court denied the motion of Intervenor Megainvest Overseas Limited

("Intervenor") to stay the case and to quash the subpoena issued on Bank Of New York Mellon

Corporation to the extent that subpoena sought information pertaining to Megainvest.  (ECF

No. 23.)

As there do not appear to be any further issues before the Court in this matter, the Clerk

of Court is respectfully directed to close this miscellaneous action.  This action will be closed

without prejudice to a motion to reopen the action in the event there remain matters that

require the Court's intervention.

**SO ORDERED.**

DATED:        New York, New York
              March 21, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge